# MEMO ENDORSED

January 20, 2026

The request is granted. The deadline for Defendants to answer, move or otherwise respond to the complaint is stayed. The parties are hereby ordered to submit a proposed schedule for the filing of an amended complaint and for defendants to respond to the operative complaint within 14 days after the Court issues a ruling appointing lead plaintiff and lead counsel. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: January 21, 2026
New York, New York

Via ECF

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Durkacz v. CIBC World Mkts. Inc. et al.*, No. 25-cv-10565

Dear Judge Ramos:

The parties write jointly regarding scheduling in the above-referenced action. On December 19, 2025, Plaintiff Paul J. Durkacz filed a complaint (Dkt. No. 1) asserting putative class action claims under the Securities Exchange Act of 1934, which are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and its procedures for the appointment of lead plaintiff and lead counsel.

The PSLRA requires a plaintiff who commences a securities class action to publish a notice that advises members of the putative class of the pendency of the action and their right to move the Court to serve as lead plaintiff of the putative class not later than 60 days after the date on which the notice is published. 15 U.S.C. § 78u-4(a)(3). That notice was published on December 23, 2025, and motions to serve as lead plaintiff and lead counsel are due to be filed by February 23, 2026.

The parties agree that, for reasons of judicial efficiency and economy, the time for all defendants named in the complaint to answer, move or otherwise respond to the complaint should be stayed in accordance with the procedural requirements of the PSLRA until after the Court has ruled on any forthcoming motions for the appointment of lead plaintiff and lead counsel. Defendants have agreed to waive service of process in the above-captioned action, without waiving any rights or defenses at any stage of the proceedings, including without limitation those related to personal jurisdiction.

In light of the foregoing, the parties respectfully request that the deadlines for all defendants to answer, move, or otherwise respond to the complaint, to the extent any such deadlines presently exist, be vacated. Within 14 days after the Court issues a ruling appointing lead plaintiff and lead counsel pursuant to the PSLRA, defendants and the appointed lead plaintiff shall meet and confer and submit to the Court a proposed schedule for the filing of an amended complaint, if any, and a schedule for defendants to respond to the operative complaint.

Hon. Edgardo Ramos                                                                          -2-


      The parties have not previously requested any adjournment or extension in this matter.


                                                    Respectfully submitted,

| | |
|---|---|
| */s/ Abraham Alexander* | */s/ Kevin P. Broughel* |
| Abraham Alexander | Kevin P. Broughel |
| Timothy Clark B. Dauz | Brian L. Muldrew |
| GRANT & EISENHOFER, P.A. | Zoe Lo |
| 485 Lexington Avenue | KATTEN MUCHIN ROSENMAN LLP |
| New York, New York  10017 | 50 Rockefeller Plaza |
| Telephone:  (646) 722-8500 | New York, New York  10020 |
| Facsimile:  (610) 722-8501 | Telephone:  (212) 940-8800 |
| aalexander@gelaw.com | Facsimile:  (212) 940-8776 |
| tdauz@gelaw.com | kevin.broughel@katten.com |
| | brian.muldrew@katten.com |
| *Counsel for Paul J. Durkacz* | zoe.lo@katten.com |

Charles A. DeVore (*pro hac vice* forthcoming)
Benjamin Levine (*pro hac vice* forthcoming)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois  60661
Telephone:  (312) 902-5200
Facsimile:  (312) 902-1061
charles.devore@katten.com
benjamin.levine@katten.com

*Counsel for Defendant CIBC World Markets, Inc., CIBC World Markets Corp., and Canadian Imperial Bank of Commerce*

Hon. Edgardo Ramos                                                              -3-


                                              */s/ Alexander J. Willscher*
                                              Alexander J. Willscher
                                              Matthew J. Porpora
                                              Jonathan S. Carter
                                              SULLIVAN & CROMWELL LLP
                                              125 Broad Street
                                              New York, New York  10004
                                              Telephone: 212-558-4000
                                              willschera@sullcrom.com
                                              porporam@sullcrom.com
                                              carterjo@sullcrom.com

                                              David N. Whalen (*pro hac vice*
                                              forthcoming)
                                              SULLIVAN & CROMWELL LLP
                                              1700 New York Avenue, N.W., Suite 700
                                              Washington, D.C. 20006
                                              Telephone:  (202) 956-7500
                                              Facsimile:  (202) 293-6330
                                              whalend@sullcrom.com

                                              *Counsel for Defendants RBC Dominion
                                              Securities Inc., RBC Capital Markets, LLC,
                                              and Royal Bank of Canada*


cc:      All Counsel of Record (via ECF)