**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL J. DURKACZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CIBC WORLD MARKETS, INC., CIBC WORLD MARKETS CORP., THE CANADIAN IMPERIAL BANK OF COMMERCE, RBC DOMINION SECURITIES, INC., RBC CAPITAL MARKETS, LLC, and ROYAL BANK OF CANADA, <br><br> Defendants. | Case No. 1:25-cv-10565 <br><br> The Honorable Edgardo Ramos <br><br> <u>CLASS ACTION</u> |
| QUANTUM BIOPHARMA LTD., <br><br> Plaintiff, <br><br> v. <br><br> CIBC WORLD MARKETS, INC., RBC DOMINION SECURITIES INC., and JOHN DOES 1 THROUGH 10, <br><br> Defendants. | Case No. 1:24-cv-07972 <br><br> The Honorable Edgardo Ramos |

**NOTICE OF MOTION OF QUANTUM BIOPHARMA LIMITED FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, <u>AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

PLEASE TAKE NOTICE that on a date and time designated by the Court, before the

Honorable Edgardo Ramos, at the United States District Court for the Southern District of New

York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York,

New York 10007, or by some other means chosen by the Court, Quantum BioPharma Limited

("Quantum") will respectfully move this Court for the entry of an Order: (i) consolidating the

above-captioned related actions; (ii) appointing Quantum as Lead Plaintiff for the putative Class; and (iii) approving Quantum's selection of Freedman Normand Friedland LLP and Grant & Eisenhofer P.A. as co-Lead Counsel for the putative Class.

This Motion is being made on the grounds that Quantum is the "most adequate plaintiff" pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B). In support thereof, Quantum hereby submits the accompanying memorandum of law, the Declaration of Velvel (Devin) Freedman and its exhibits, and any other written or oral argument as may be permitted by the Court.

Dated: February 23, 2026

Respectfully submitted,

By: */s/ Devin (Velvel) Freedman*
Devin (Velvel) Freedman
Kyle Roche
Stephen Lagos
**FREEDMAN NORMAND FRIEDLAND LLP**
10 Grand Central
155 E. 44th Street, Suite 905
New York, New York 10017
Tel: (646) 350-0527
vel@fnf.law
kroche@fnf.law
slagos@fnf.law

Abraham Alexander
485 Lexington Avenue
**GRANT & EISENHOFER P.A.**
New York, NY 10017
Tel: (646) 722-8500
Fax: (610) 722-8501
aalexander@gelaw.com

*Counsel for Proposed Lead Plaintiff*
*Quantum BioPharma Limited and Proposed*
*Lead Counsel for the Class*

James Wes Christian
**CHRISTIAN ATTAR**
1177 West Loop South, Suite 1700
Houston, TX 77027

Tel: (713) 659-7617

*Additional Counsel for Proposed Lead
Plaintiff Quantum BioPharma Limited*