**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL J. DURKACZ, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:25-cv-10565 |
| v. | The Honorable Edgardo Ramos |
| CIBC WORLD MARKETS, INC., CIBC WORLD MARKETS CORP., THE CANADIAN IMPERIAL BANK OF COMMERCE, RBC DOMINION SECURITIES, INC., RBC CAPITAL MARKETS, LLC, and ROYAL BANK OF CANADA, | CLASS ACTION |
| Defendants. | |
| QUANTUM BIOPHARMA LTD., | |
| Plaintiff, | Case No. 1:24-cv-07972 |
| v. | The Honorable Edgardo Ramos |
| CIBC WORLD MARKETS, INC., RBC DOMINION SECURITIES INC., and JOHN DOES 1 THROUGH 10, | |
| Defendants. | |

**DECLARATION OF DEVIN (VELVEL) FREEDMAN IN SUPPORT OF**
**QUANTUM BIOPHARMA LIMITED'S MOTION FOR CONSOLIDATION OF**
**RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND**
**APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Devin (Velvel) Freedman, under penalty of perjury and on oath, duly declare and state

as follows:

1.    I am a founding partner at Freedman Normand Friedland LLP ("FNF"), counsel for

movant Quantum BioPharma Limited (f/k/a FSD Pharma, Inc.) ("Quantum").  I submit this

declaration in support of Quantum's motion, pursuant to Section 21D of the Securities Exchange

Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), for an order: (i) consolidating the above-captioned related actions; (ii) appointing Quantum as Lead Plaintiff for the putative Class; and (iii) approving its selection of FNF and Grant & Eisenhofer, P.A. ("G&E") as Co-Lead Counsel for the putative Class.

2.      Attached hereto as **Exhibit A** is a true and correct copy of Quantum's Certification.

3.      Attached hereto as **Exhibit B** is a true and correct copy of a chart reflecting Quantum's sales of the securities at issue during the Class Period.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the PSLRA notice of this action published on *Business Wire*, a national business-oriented publication, dated December 23, 2025.

5.      Attached hereto as **Exhibit D** is the firm resume for FNF.

6.      Attached hereto as **Exhibit E** is the firm resume for G&E.

Signed and dated on February 23, 2026.

By: */s/ Devin (Velvel) Freedman*
Devin (Velvel) Freedman