# EXHIBIT A

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Zeeshan Saeed, on behalf of Quantum BioPharma Ltd. (f/k/a FSD Pharma, Inc.) ("Quantum"), hereby certify as follows:

1.    I am the Founder, Chief Executive Officer, and Executive Co-Chairman of Quantum. I am fully authorized to enter into and execute this certification on behalf of Quantum.

2.    I have reviewed a class action complaint against CIBC World Markets, Inc., CIBC World Markets Corp., The Canadian Imperial Bank of Commerce, RBC Dominion Securities, Inc., RBC Capital Markets, LLC, and Royal Bank of Canada alleging violations of the federal securities laws and authorize the filing of this motion for appointment as lead plaintiff on behalf of Quantum.

3.    Quantum did not purchase or acquire its own securities at the direction of counsel, or in order to participate in any private action.

4.    Quantum is willing to serve as a representative party on behalf of the proposed Class, including providing testimony at deposition and trial, if necessary.

5.    Attached as Schedule A to this certification is a list of Quantum's transactions during the relevant period in the securities that are the subject of this matter.

6.    During the three-year period preceding the date of this certification, Quantum has not sought to serve as a representative party on behalf of a class asserting claims under the federal securities laws.

7.    Quantum will not accept any payment for serving as a representative party on behalf of the proposed class beyond its *pro rata* share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and accurate.

Signed and dated on February 20, 2026.

By: _Zeeshan Saeed (Feb 20, 2026 12:51:22 EST)_____

 Zeeshan Saeed
 Founder, CEO & Executive Co-Chairman
 Quantum Bio-Pharma Ltd.

2

**Schedule A**
**Sales of Quantum BioPharma Limited (HUGE)**

| Transaction | Transaction Date | Shares | Price ($) |
|---|---|---|---|
| ATM sale | 2021-02-01 | 57,848 | 1.9614 |
| ATM sale | 2021-02-02 | 138,501 | 2.0591 |
| ATM sale | 2021-02-03 | 2,596,029 | 2.3688 |
| ATM sale | 2021-02-04 | 362,518 | 2.1897 |
| ATM sale | 2021-02-05 | 234,052 | 2.1833 |
| ATM sale | 2021-02-08 | 426,400 | 2.3089 |
| ATM sale | 2021-02-09 | 1,977,030 | 2.7988 |
| ATM sale | 2021-02-10 | 1,563,948 | 3.4528 |
| ATM sale | 2021-02-11 | 2,015,049 | 3.2743 |
| ATM sale | 2021-02-12 | 499,751 | 2.8098 |
| ATM sale | 2021-02-16 | 294,735 | 2.8357 |
| ATM sale | 2021-02-17 | 291,437 | 2.6281 |
| ATM sale | 2021-02-18 | 216,130 | 2.4892 |
| ATM sale | 2021-02-19 | 175,304 | 2.4564 |
| ATM sale | 2021-02-22 | 261,691 | 2.3181 |
| ATM sale | 2021-02-23 | 254,977 | 2.0477 |
| ATM sale | 2021-02-25 | 171,641 | 2.1141 |
| ATM sale | 2021-02-26 | 174,789 | 2.0052 |
| ATM sale | 2021-03-01 | 204,933 | 2.0508 |
| ATM sale | 2021-03-02 | 830,628 | 2.1710 |
| ATM sale | 2021-03-03 | 110,397 | 1.9964 |
| ATM sale | 2021-03-04 | 32,122 | 1.7521 |
| ATM sale | 2021-03-05 | 134,219 | 1.6765 |
| ATM sale | 2021-03-08 | 209,894 | 1.7606 |
| ATM sale | 2021-03-09 | 288,892 | 1.8469 |
| ATM sale | 2021-03-10 | 427,150 | 1.8474 |
| ATM sale | 2021-03-11 | 330,475 | 2.0028 |
| ATM sale | 2021-03-12 | 187,904 | 2.0096 |
| ATM sale | 2021-03-19 | 304,281 | 2.1885 |
| ATM sale | 2021-03-22 | 217,502 | 2.1341 |
| ATM sale | 2021-03-23 | 208,744 | 1.9982 |
| ATM sale | 2021-03-24 | 146,321 | 1.9136 |
| ATM sale | 2021-10-24 | 135,170 | 2.1903 |
| ATM sale | 2024-02-26 | 46 | 62.7587 |
| ATM sale | 2024-03-01 | 142 | 58.7707 |
| ATM sale | 2024-03-04 | 405 | 55.6528 |
| ATM sale | 2024-03-07 | 558 | 55.8661 |
| ATM sale | 2024-03-18 | 1,844 | 47.7866 |
| ATM sale | 2024-03-22 | 3,367 | 46.1449 |
| ATM sale | 2024-04-02 | 123 | 43.9472 |

| Transaction | Transaction Date | Shares | Price ($) |
|---|---|---|---|
| ATM sale | 2024-04-17 | 151 | 51.9099 |
| ATM sale | 2024-04-22 | 331 | 32.7358 |
| ATM sale | 2024-04-24 | 2,575 | 30.4155 |
| ATM sale | 2024-04-25 | 1,686 | 32.5056 |
| ATM sale | 2024-04-26 | 474 | 31.4770 |
| ATM sale | 2024-04-30 | 376 | 28.8085 |
| ATM sale | 2024-05-03 | 14,184 | 23.5043 |
| ATM sale | 2024-05-09 | 538 | 24.4455 |
| ATM sale | 2024-05-10 | 3,857 | 21.5268 |
| ATM sale | 2024-05-14 | 163 | 23.5483 |
| ATM sale | 2024-05-15 | 787 | 21.8542 |
| ATM sale | 2024-05-16 | 749 | 21.3685 |
| ATM sale | 2024-05-17 | 1,744 | 20.6481 |
| ATM sale | 2024-05-20 | 1,959 | 22.1426 |
| ATM sale | 2024-05-21 | 13,965 | 22.1007 |
| ATM sale | 2024-05-28 | 4,278 | 24.0973 |
| ATM sale | 2024-05-30 | 2,267 | 20.6457 |
| ATM sale | 2024-05-31 | 5,312 | 19.5124 |
| ATM sale | 2024-06-03 | 12,416 | 17.5692 |
| ATM sale | 2024-06-04 | 1,079 | 18.6299 |
| ATM sale | 2024-06-12 | 14,412 | 15.1128 |
| ATM sale | 2024-06-18 | 9,752 | 12.6877 |
| ATM sale | 2024-06-27 | 5,048 | 10.9843 |
| ATM sale | 2024-06-28 | 30,769 | 12.9676 |
| ATM sale | 2024-07-01 | 6,137 | 9.9124 |
| ATM sale | 2024-07-12 | 8,654 | 9.2948 |
| ATM sale | 2024-07-18 | 37,968 | 9.4250 |
| ATM sale | 2024-07-31 | 15,385 | 6.6753 |
| ATM sale | 2024-08-01 | 92,746 | 8.1380 |
| ATM sale | 2024-08-02 | 28,999 | 5.4990 |
| ATM sale | 2024-08-08 | 31,096 | 4.8750 |
| ATM sale | 2024-08-09 | 186,704 | 15.4765 |
| ATM sale | 2024-08-12 | 59,937 | 9.5096 |
| ATM sale | 2024-08-13 | 45,937 | 6.5455 |
| ATM sale | 2024-08-16 | 154,275 | 5.1390 |
| ATM sale | 2024-08-19 | 14,593 | 4.4000 |
| ATM sale | 2024-08-28 | 133,914 | 4.9834 |
| ATM sale | 2024-08-30 | 5,231 | 5.0527 |
| ATM sale | 2024-10-02 | 55,000 | 3.7850 |

# Quantum__PSLRA Certification and Schedule A

Final Audit Report                                                2026-02-20

| | |
|---|---|
| Created: | 2026-02-20 |
| By: | Marijanne Revilla (mrevilla@fnf.law) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAYZVBKOxo9HM7Du04xQnaKJzgAIHx4Pbi |

## "Quantum__PSLRA Certification and Schedule A" History

Document created by Marijanne Revilla (mrevilla@fnf.law)
2026-02-20 - 5:36:25 PM GMT

Document emailed to Zeeshan Saeed (zsaeed@quantumbiopharma.com) for signature
2026-02-20 - 5:36:30 PM GMT

Email viewed by Zeeshan Saeed (zsaeed@quantumbiopharma.com)
2026-02-20 - 5:49:31 PM GMT

Document e-signed by Zeeshan Saeed (zsaeed@quantumbiopharma.com)
Signature Date: 2026-02-20 - 5:51:22 PM GMT - Time Source: server

Agreement completed.
2026-02-20 - 5:51:22 PM GMT

Adobe Acrobat Sign