# EXHIBIT B

**Sales of Quantum BioPharma Limited (HUGE) during Class Period**

| Transaction Type | Transaction Date | Shares | Price ($) |
|---|---|---|---|
| ATM sale | 2021-02-01 | 57,848 | 1.9614 |
| ATM sale | 2021-02-02 | 138,501 | 2.0591 |
| ATM sale | 2021-02-03 | 2,596,029 | 2.3688 |
| ATM sale | 2021-02-04 | 362,518 | 2.1897 |
| ATM sale | 2021-02-05 | 234,052 | 2.1833 |
| ATM sale | 2021-02-08 | 426,400 | 2.3089 |
| ATM sale | 2021-02-09 | 1,977,030 | 2.7988 |
| ATM sale | 2021-02-10 | 1,563,948 | 3.4528 |
| ATM sale | 2021-02-11 | 2,015,049 | 3.2743 |
| ATM sale | 2021-02-12 | 499,751 | 2.8098 |
| ATM sale | 2021-02-16 | 294,735 | 2.8357 |
| ATM sale | 2021-02-17 | 291,437 | 2.6281 |
| ATM sale | 2021-02-18 | 216,130 | 2.4892 |
| ATM sale | 2021-02-19 | 175,304 | 2.4564 |
| ATM sale | 2021-02-22 | 261,691 | 2.3181 |
| ATM sale | 2021-02-23 | 254,977 | 2.0477 |
| ATM sale | 2021-02-25 | 171,641 | 2.1141 |
| ATM sale | 2021-02-26 | 174,789 | 2.0052 |
| ATM sale | 2021-03-01 | 204,933 | 2.0508 |
| ATM sale | 2021-03-02 | 830,628 | 2.1710 |
| ATM sale | 2021-03-03 | 110,397 | 1.9964 |
| ATM sale | 2021-03-04 | 32,122 | 1.7521 |
| ATM sale | 2021-03-05 | 134,219 | 1.6765 |
| ATM sale | 2021-03-08 | 209,894 | 1.7606 |
| ATM sale | 2021-03-09 | 288,892 | 1.8469 |
| ATM sale | 2021-03-10 | 427,150 | 1.8474 |
| ATM sale | 2021-03-11 | 330,475 | 2.0028 |
| ATM sale | 2021-03-12 | 187,904 | 2.0096 |
| ATM sale | 2021-03-19 | 304,281 | 2.1885 |
| ATM sale | 2021-03-22 | 217,502 | 2.1341 |
| ATM sale | 2021-03-23 | 208,744 | 1.9982 |
| ATM sale | 2021-03-24 | 146,321 | 1.9136 |
| ATM sale | 2021-10-24 | 135,170 | 2.1903 |
| ATM sale | 2024-02-26 | 46 | 62.7587 |
| ATM sale | 2024-03-01 | 142 | 58.7707 |
| ATM sale | 2024-03-04 | 405 | 55.6528 |
| ATM sale | 2024-03-07 | 558 | 55.8661 |
| ATM sale | 2024-03-18 | 1,844 | 47.7866 |
| ATM sale | 2024-03-22 | 3,367 | 46.1449 |
| ATM sale | 2024-04-02 | 123 | 43.9472 |
| ATM sale | 2024-04-17 | 151 | 51.9099 |

| Transaction Type | Transaction Date | Shares | Price ($) |
|---|---|---|---|
| ATM sale | 2024-04-22 | 331 | 32.7358 |
| ATM sale | 2024-04-24 | 2,575 | 30.4155 |
| ATM sale | 2024-04-25 | 1,686 | 32.5056 |
| ATM sale | 2024-04-26 | 474 | 31.4770 |
| ATM sale | 2024-04-30 | 376 | 28.8085 |
| ATM sale | 2024-05-03 | 14,184 | 23.5043 |
| ATM sale | 2024-05-09 | 538 | 24.4455 |
| ATM sale | 2024-05-10 | 3,857 | 21.5268 |
| ATM sale | 2024-05-14 | 163 | 23.5483 |
| ATM sale | 2024-05-15 | 787 | 21.8542 |
| ATM sale | 2024-05-16 | 749 | 21.3685 |
| ATM sale | 2024-05-17 | 1,744 | 20.6481 |
| ATM sale | 2024-05-20 | 1,959 | 22.1426 |
| ATM sale | 2024-05-21 | 13,965 | 22.1007 |
| ATM sale | 2024-05-28 | 4,278 | 24.0973 |
| ATM sale | 2024-05-30 | 2,267 | 20.6457 |
| ATM sale | 2024-05-31 | 5,312 | 19.5124 |
| ATM sale | 2024-06-03 | 12,416 | 17.5692 |
| ATM sale | 2024-06-04 | 1,079 | 18.6299 |
| ATM sale | 2024-06-12 | 14,412 | 15.1128 |
| ATM sale | 2024-06-18 | 9,752 | 12.6877 |
| ATM sale | 2024-06-27 | 5,048 | 10.9843 |
| ATM sale | 2024-06-28 | 30,769 | 12.9676 |
| ATM sale | 2024-07-01 | 6,137 | 9.9124 |
| ATM sale | 2024-07-12 | 8,654 | 9.2948 |
| ATM sale | 2024-07-18 | 37,968 | 9.4250 |
| ATM sale | 2024-07-31 | 15,385 | 6.6753 |
| ATM sale | 2024-08-01 | 92,746 | 8.1380 |
| ATM sale | 2024-08-02 | 28,999 | 5.4990 |
| ATM sale | 2024-08-08 | 31,096 | 4.8750 |
| ATM sale | 2024-08-09 | 186,704 | 15.4765 |
| ATM sale | 2024-08-12 | 59,937 | 9.5096 |
| ATM sale | 2024-08-13 | 45,937 | 6.5455 |
| ATM sale | 2024-08-16 | 154,275 | 5.1390 |
| ATM sale | 2024-08-19 | 14,593 | 4.4000 |
| ATM sale | 2024-08-28 | 133,914 | 4.9834 |
| ATM sale | 2024-08-30 | 5,231 | 5.0527 |
| ATM sale | 2024-10-02 | 55,000 | 3.7850 |

**Total Shares Sold**                         16,492,395
**Total Net Proceeds (USD)**                  $47,727,964.77