# EXHIBIT D



**www.fnf.law**

FIRM RESUMÉ

**NEW YORK**

10 Grand Central
155 E. 44th Street
Suite 915
New York, NY 10017

T: 646-350-0527
F: 646-392-8842

**MIAMI**

1 SE 3rd Avenue
Suite 1240
Miami, FL 33131

T: 786-924-2900
F: 646-392-8842

**BOSTON**

225 Franklin Street
26th Floor
Boston, MA 02110

T: 617-374-3700
F: 646-392-8842

## TABLE OF CONTENTS

ABOUT THE FIRM..................................................................................................................1

OUR TEAM............................................................................................................................3

    DEVIN "VELVEL" FREEDMAN ......................................................................................4

    EDWARD NORMAND.......................................................................................................7

    AMOS FRIEDLAND.........................................................................................................8

    KYLE ROCHE...................................................................................................................9

    RICHARD CIPOLLA.......................................................................................................10

    JOSEPH DELICH............................................................................................................11

    JORDANA HAVIV .........................................................................................................12

    STEPHEN LAGOS.........................................................................................................13

    ALEX POTTER ..............................................................................................................14

    COLLEEN SMERYAGE.................................................................................................15

    LAWRENCE M. KAYE .................................................................................................16

    HOWARD SPIEGLER ...................................................................................................17

    KATE AUFSES ..............................................................................................................18

    RICHARD LAFONT.......................................................................................................19

    IVY T. NGO....................................................................................................................20

    YAEL WEITZ.................................................................................................................21

    ROARKE MAXWELL.....................................................................................................22

    PETER BACH-Y-RITA...................................................................................................23

    RILEY CLAFTON...........................................................................................................24

    MATTHEW DUFFY .......................................................................................................25

    ROBERT T. DUNLAP.....................................................................................................26

    KATHARINE "KATIE" FRIEL.......................................................................................27

    JOSEPH LEMOINE........................................................................................................28

FNF

PEKHAM PAL ......................................................................................................29

JOHN SUPER ......................................................................................................30

NIRAJ THAKKER ................................................................................................31

THOMAS TRABUE .............................................................................................32

PATRICK WOODS ..............................................................................................33

## ABOUT THE FIRM

Founded in **2019**, **Freedman Normand Friedland LLP** is a **national litigation boutique** known for its innovation, agility, and results-driven advocacy. The firm's attorneys bring experience from some of the **nation's most prestigious litigation practices**, combining elite training with a modern, technology-forward approach to complex disputes. FNF's legal team has a **decades-long record of success** in achieving exceptional outcomes in **high-stakes, high-profile matters** for a sophisticated and diverse client base.

The firm's reputation is built on strategic insight, courtroom excellence, and an unwavering commitment to delivering results. FNF has extensive experience litigating complex commercial, securities, antitrust, class action, and defamation matters on behalf of both plaintiffs and defendants across a wide range of industries. FNF handles every phase of the dispute process— from early strategic counseling and pre-litigation negotiations to **mediations, arbitrations, and full-scale trials**. The firm's attorneys **regularly try cases to verdict**, and that proven trial experience translates into **stronger advocacy, greater leverage, and consistently superior results** for clients.

## PUBLIC SERVICE

The firm's attorneys have served as judicial clerks for judges on the U.S. Courts of Appeals for the Second, Fifth, and Ninth Circuits; and District Courts in the Northern and Southern Districts of Florida, Southern District of New York, and Eastern District of Pennsylvania. FNF's attorneys employ the same passion, dedication, and proficiency when litigating on behalf of their clients.

## CLASS ACTION EXPERTISE

FNF has extensive experience representing both plaintiffs and defendants in complex class actions in federal and state courts across the country. The firm's work spans **securities, commodities, antitrust, fraud-based, and consumer protection** claims across a wide range of industries. FNF's attorneys have represented **publicly traded corporations, private companies, and institutional investors** in class proceedings of every scale, bringing both strategic insight and practical expertise to the procedural and substantive complexities unique to this area of law.

Most recently, FNF has been lead counsel to (so far) recover **over $300 million** and defeating summary judgment in *Henry et al v. Brown University et al.* (N.D. Ill.)

Today, FNF serves as **lead or co-lead counsel in more than 20 class actions nationwide**, providing clients with the highest caliber of advocacy and the experience necessary to navigate and win high-stakes, multi-party litigation. FNF also has successfully served, or is serving, as lead counsel for plaintiffs or defendants in class action cases nationwide, *e.g., Davitashvili et al. v. GrubHub Inc. et al.*, 1:20-cv-03000 (S.D.N.Y.), *Masterson v. National Collegiate Athletic Association et al.*, No. 1:24-cv-00754 (W.D.N.Y.), *Haymount Urgent Care PC v. GoFund Advance, LLC*, No. 1:22-cv-01245 (S.D.N.Y.), and *Proch v. King et al*, 2:22-cv-12141 (E.D. Mich.).

## SECURITIES EXPERTISE

FNF's legal team possesses the experience, judgment, and sophistication to navigate securities litigation of any size, scope, or complexity. The firm's attorneys have **defended publicly traded international corporations** in high-exposure securities class actions and **prosecuted major**

1

**securities claims** on behalf of institutional and sophisticated investors. Whether representing plaintiffs or defendants, FNF brings a deep understanding of the procedural and substantive dynamics that determine the viability and success of securities law claims. FNF's results speak for themselves — the firm's **settlements in securities class actions consistently rank among the highest recovery-to-damages ratios in the industry**, reflecting its ability to combine rigorous advocacy with strategic precision to deliver exceptional outcomes.

Courts have appointed FNF as lead or co-lead counsel in the following securities fraud class actions: *D'Arcy v. Sequential Brands Grp., Inc.* (S.D.N.Y.), *In re Qutoutiao Inc. Sec. Litig.* (S.D.N.Y.), *In re Renewable Energy Grp. Sec. Litig.* (S.D.N.Y.), *Carl D. Cachia v. Bellus Health Inc. et. al.,* (S.D.N.Y.), *In re Qiwi Plc Sec. Litig.* (E.D.N.Y.), *Pasquinelli et al. v. HUMBL, LLC et al.,* (D. DE), *In re Cormedix Inc. Sec. Litig.* (D.N.J.), *Lowry v. RTI Surgical Holdings, Inc. et. al.,* (N.D. Ill.), *Garcia v. J2 Global, Inc. et. al.,* (C.D. Cal.), *In re Sona Nanotech, Inc. Sec. Litig.* (C.D. Cal.), , *Valenti v. Dfinity USA Research LLC, et. al.*, (N.D. Cal.), *Chapman v. Fennec Pharma Inc. et. al.,* (M.D.N.C.), and *Hartel v. Geo Grp., Inc. et. al.,* (S.D. Fla.).

Notably, in *Lowry v. RTI Surgical Holdings, Inc.* and in *D'Arcy v. Sequential Brands Grp., Inc.*, FNF recovered over 30% of plaintiffs' estimated damages – more than three times the typical recovery in securities fraud class actions.

## CRYPTOCURRENCY EXPERTISE

FNF is a nationally recognized leader in the cryptocurrency arena. Founding Partner Devin "Velvel" Freedman, who has spoken and lectured on the intersection of law and cryptocurrency, is currently representing the estate of Dave Kleiman in a suit against Kleiman's former business partner Craig Wright, the self-proclaimed inventor of the cryptocurrency Bitcoin. Mr. Freedman and other attorneys at FNF bring a unique level of expertise and experience with cryptocurrency issues.

The firm's attorneys are currently litigating numerous cryptocurrency cases against multi-national defendants. Courts have appointed FNF as lead counsel in many of our country's seminal cryptocurrency class actions. Most recently, FNF was appointed and is serving as interim co-lead counsel in *In re: Coinbase Customer Data Security Breach Litig.* (S.D.N.Y.).

## REPRESENTATIVE ENGAGEMENTS

◊ FNF went to trial against CNN in January 2025 in a televised defamation case where the jury awarded millions in damages, and for the first time in history, held a major news network liable for punitive damages. While CNN settled before the jury issued a verdict on the *amount* of punitive damages, the jury said it would have awarded $100 million.

◊ FNF represented the plaintiff in a high-profile cryptocurrency dispute in federal court. We led a four-week jury trial and obtained a $143M judgment against the Defendant. The verdict was covered by Bloomberg and Law360, among other news outlets.

◊ FNF was counsel to a major reinsurer in a federal bench trial, which led to an over $14 million verdict for one of our clients. The victory was covered by Law360 and Insurance Business Magazine.

◊ FNF is defending a group of companies in Delaware Chancery Court litigation against allegations that they were involved in a RICO enterprise to improperly invest over $600 million in assets.

◊ FNF obtained partial summary judgment for the defendant in a case where the Plaintiff sought entitlement to a $60 million asset. The summary judgment order led to an extremely favorable settlement.

◊ FNF stepped in as trial counsel to obtain a <u>multi-million dollar verdict</u> in business dispute against the world's largest freight forwarded.

◊ Representing plaintiff in a multimillion-dollar antitrust litigation accusing national corporations of Sherman Act violations.

◊ Defending publicly-traded international corporation accused of securities fraud in a multimillion-dollar putative class action under the Securities Exchange Act of 1934.

◊ Defending publicly-traded corporation in a multimillion-dollar breach of contract litigation arising from complex securities share exchange agreement.

◊ Defending corporations in a multimillion-dollar fraud and RICO litigation by nationalized bank of Ukraine.

3



## OUR TEAM

3

## DEVIN "VELVEL" FREEDMAN
Founding Partner

Vel is an experienced litigator known for finding creative solutions to complex problems. His practice focuses on high-risk litigation that includes securities class actions, defamation lawsuits, consumer class actions, international disputes, and cryptocurrency/blockchain lawsuits. Vel's clients value his responsiveness, creative solutions, and ability to achieve successful outcomes while balancing the needs of running a business.

Vel's practice spans a diverse array of disputes across state, federal, and international trial and appellate courts.

Vel is an accomplished trial attorney with a proven track record of high-stakes victories. As lead trial counsel in a nationally televised defamation lawsuit against CNN, Vel secured a groundbreaking win. The jury awarded millions in damages and, for the first time in history, held a major news network liable for punitive damages. In 2021, Vel led a month-long federal cryptocurrency jury trial, securing a $140M judgment. In 2023, he achieved a multimillion-dollar jury verdict in an e-commerce dispute, recovering 100% of the contract damages sought. In 2025, Vel obtained a record-breaking $10M verdict for an eye loss case after a week-long jury trial.

Beyond the courtroom, Vel's impact is profound. He successfully sued and settled litigation with the State of Florida in return for his client being awarded an $80M medical marijuana treatment center license. He helps the firm's antitrust litigation against top U.S. universities, yielding over $300M in settlements. Additionally, Vel represented the heirs of a Holocaust survivor in a rare trial to recover a Camille Pissarro masterpiece from a Spanish museum, advancing justice in one of the few Holocaust-era art restitution cases to reach trial.

At the appellate level, Vel has successfully pursued numerous appeals in state and federal appellate courts. This includes his handling of multiple oral arguments to, *e.g.,* win a punitive damages appeal against CNN in Florida's First District Court of Appeal, a matter of first impression before the Eleventh Circuit, and reversal before the Ninth Circuit. He recently filed a petition for certiorari to the U.S. Supreme Court.

On the international side, Vel has successfully represented sovereigns and investors in global disputes involving national court litigation, international arbitration, and strategic negotiations, while managing public relations. Vel has acted as strategic global counsel to successfully prevent a foreign sovereign from illegally expropriating his client's assets. Most recently, Vel convinced the Secretariat of ICSID to disqualify the United States' party appointed arbitrator in a bilateral investment treaty arbitration, and then argued before the panel to successfully resist the United States' motion to dismiss the case.

Vel is also active in the local legal community, where he serves on the Southern District of Florida's Local Rules Committee. Before attending law school, Velvel was ordained as a rabbi.

### RECENT EXPERIENCE

- Lead Counsel to Zachary Young in a defamation case against CNN. The jury found CNN liable for defamation per se, defamation by implication, and for punitive damages. The case settled after the jury rendered a multimillion-dollar verdict in phase one and before they could render their punitive damages award. This case represents the first time in history that a mainstream media defendant was found liable for punitive damages.

4

- Obtained a $10.5M recovery in *Lowry et al. v. RTI Surgical Holdings, Inc. et al.*, a case arising out of manipulative accounting practices. The recovery represented approximately 30% of plaintiffs' estimated damages, which is over 3x the typical amount recovered in securities fraud class actions.

- Lead Counsel to the Estate of David Kleiman in a month-long federal jury trial. The cryptocurrency claim resulted in a $100,000,000.00 jury verdict, increased to $145,000,000 with prejudgment interest

- Lead trial counsel to OJ Commerce in a breach of contract and tortious interference claim that resulted in a multi-million dollar verdict.

- Defending a charitable foundation against a campaign of complex probate and civil litigation

- Successfully defended clients against various State Attorney General and CFPB investigations

- Representing Phillip Morris USA in numerous actions around the State of Florida against claims for injuries allegedly caused by smoking cigarettes

- Leading the team that successfully defended a major e-commerce firm from a potentially detrimental government investigation

- Coordinating the protection of sovereign assets from execution efforts in multiple international jurisdictions, including the Netherlands, Germany, Belgium, and Turkey

- Defending sovereign from a $2B ICSID arbitration claim relating to the alleged expropriation of a telecommunications company

- Successfully representing plaintiffs in a shareholder dispute involving complex claims for breaches of fiduciary duties and related breaches of trust

- Litigating the constitutionality of Florida statutes limiting the amount and type of medical marijuana licenses available

- Litigating the Florida Department of Health's failure to timely issue medical marijuana licenses

- Litigating and negotiating various issues raised among 3rd party e-commerce marketplace sellers, suppliers, and competitors

## EDUCATION

- **Columbia Law School**, J.D.; James Kent Scholar; Staff Editor, Journal of Tax Law
- **Yeshivah Gedolah Rabbinical College**, B.A., Hebrew Letters (Rabbinical); Rabbinical Ordination (Smicha)

## AWARDS & ASSOCIATIONS

- Daily Business Review's 2019 Professional Excellence award, attorney "On the Rise"
- Achieved highest score on Florida Bar examination, 3rd DCA, July 2012
- The Shul of Bal Harbour, Board of Directors
- Southern District of Florida's Local Rules Committee

## PUBLICATIONS & PRESENTATIONS

- Speaker, Inside 'The Largest Bubble in Human History': The Alleged $1.4T Bitfinex/Tether Cryptocurrency Scam, OffshoreAlert Conference Europe (2019)
- Speaker, American Inns of Court (Spellman-Hoeveler Chapter), Bench & Bar Conference, Legal Technology: How Automation is Changing the Practice of Law (smart contracts) (March 2019)
- Speaker, Heightened Enforcement on Cryptocurrencies and Money Laundering: A 2018 Perspective, The Knowledge Group (2018)
- Speaker, French Masterpiece, German Extortion, Spanish Adverse Possession, and the 9th Circuit, Harvard Law School (2017), Touro University (2018)

## ADMISSIONS

- State court: Florida, New York, District of Columbia
- U.S. Supreme Court
- U.S. Court of Appeals: Ninth and Eleventh Circuits
- U.S. District Court: Southern, Middle District, and Northern Districts of Florida; Northern District of Illinois; Southern District of New York

## GOVERNMENT SERVICE

- Judicial Intern for the Hon. Nicholas Garaufis, Eastern District of New York

## EDWARD NORMAND
Founding Partner

Ted has successfully and effectively litigated complex and high-profile commercial disputes for both plaintiffs and defendants in federal and state courts, at both the trial and appellate levels and in several arbitrations. The clients for whom Ted has provided such valuable counsel and representation include Napster, Lloyd's of London, Swiss Re, The SCO Group, IDT, CRP/Extell, AIG, HSBC, Vanguard, ValueAct, Quadrant Capital Advisors, and Partner Reinsurance. Ted has also represented many executives in disputes regarding severance and compensation.

### RECENT EXPERIENCE

- Lead counsel for Quadrant Capital Advisors in litigation re: management and operations of WhistlePig, America's premium rye whiskey company
- Co-lead counsel for ValueAct in the federal government's prosecution of claims under the Hart-Scott-Rodino Act re: its acquisition of shares of Halliburton and Baker Hughes
- Co-lead counsel for AIG in a pending litigation against the federal government re: the propriety of foreign tax credits connected to foreign borrowing transactions
- Co-lead counsel for the SCO Group in litigation against IBM and Novell regarding the copyright ownership over and use of technology from the UNIX operating system in connection with the development of Linux
- Firm's second trial counsel for Lloyd's of London and other London insurers in litigation concerning insurance coverage of the destruction of the World Trade Center
- Representing Napster in its landmark copyright dispute against the Recording Industry Association of America

### EDUCATION & CLERKSHIPS

- **University of Pennsylvania Law School**, J.D.; Editor-in-Chief, Law Review; Assistant to Special Master in U.S. Supreme Court case re: state sovereignty over Ellis Island
- College of William & Mary, A.B., English; Phi Beta Kappa
- Hon. Joseph M. McLaughlin, U.S. Court of Appeals, Second Circuit
- Hon. Marjorie O. Rendell, U.S. District Court: Eastern District of Pennsylvania

### PUBLICATIONS & PRESENTATIONS

- *The Hart-Scott-Rodino Act's First Amendment Problem*, Cornell Law Review (with Scott Gant and Andrew Michaelson) (2017)
- *Damages of Deceit: A Case Study in the Making of American Common Law*, Annual Survey of American Law, 71, 3 (2017)
- *The Supreme Court, EPA and Chevron: The Uncertain Status of Deference to Agency Interpretations of Statutes*, 25 Envtl. L. Rep. News & Analysis (Envtl. L. Inst.) 10,127 (March 1995) (co-authored)

### ADMISSIONS

- State court: New York
- U.S. Court of Appeals: Second, Eighth, and Tenth Circuits
- U.S. District Court: Southern and Northern Districts of New York; District of Colorado; District of Utah; Northern District of California; Northern District of Illinois; District of Massachusetts

## AMOS FRIEDLAND
Founding Partner

Amos's practice focuses on complex litigation, including antitrust, class action, insurance disputes, transnational, copyright and trademark, art, and fashion. For over a decade, he has litigated high-stakes actions for plaintiffs and defendants throughout the U.S. and internationally.

Amos regularly provides counsel to clients to assist them in assessing litigation risk and implications of sensitive business decisions, often under urgent time constraints. Amos has been named a New York Metro Area Super Lawyers "Rising Star" from 2015-2018.

Amos was previously associated with Boies Schiller Flexner, Quinn Emanuel, and Wiggin and Dana. Before law school, Amos completed a doctorate in philosophy and spent two years teaching at McGill University. After law school, he helped design and teach two-week intensive summer seminars for law students on the Holocaust and contemporary ethical issues for lawyers.

## RECENT EXPERIENCE

- Leading the representation of global reinsurance company PartnerRe in numerous legal and claims disputes (with a special focus on reps and warranties insurance disputes) in venues across the U.S., as well as providing regular general legal and business counsel
- Representing investors in craft whiskey company WhistlePig LLC in a company control dispute in Delaware Chancery Court
- Defending Yves Saint Laurent and Kering in a trademark dispute re: YSL's rebranding
- Defending Barclays in numerous LIBOR-related cases and investigations
- Representing Fox Paine in protracted actions in DE, CA, TX, IL, and NY, in which one court noted the firm's "shark-like persistence and tenacity in litigation"
- Representing Women's World Cup soccer players in a gender discrimination case against FIFA and the Canadian Soccer Association re: decision to hold 2015 Cup on artificial turf
- Representing appropriation artist Richard Prince in a seminal Fair Use copyright appeal to the Second Circuit Court of Appeals
- Obtained class certification for commercial shippers in price-fixing action against major railroads (reversed on appeal), egg purchasers in price-fixing action against egg producers, and direct purchasers of flexible polyurethane foam in price-fixing action
- Defending Yale University in a transnational dispute over ownership of van Gogh's "*Night Café*" painting, and against the Republic of Peru over ownership of Machu Picchu artifacts

## EDUCATION

- **Yale Law School**, J.D.; Editor, Yale Law and Policy Review; T.A. for Torts
- **McGill University**, Post-Doctoral, Philosophy; Social Sciences and Humanities Research Council of Canada Post-Doctoral Research Fellow; Adjunct Professor of Philosophy
- **New School for Social Research**, Ph.D., Philosophy; Hans Jonas Award for Best Philosophy Dissertation of the Year
- **McGill University**, B.A., *Honors*, Philosophy; First Class Honors

## ADMISSIONS

- State court: New York; Connecticut
- U.S. Court of Appeals: Second and Ninth Circuits
- U.S. District Court: Connecticut; Southern District of New York

**KYLE ROCHE**
Founding Partner

Kyle is a dynamic strategist with a strong record of representing plaintiffs and defendants in state and federal courts. His unique ability to infuse his technological and economic knowledge into legal strategies has led to $50M+ pre-suit settlements and $100M+ trial victories. On the defense side, Kyle focuses on representing emerging tech companies, CEOs, and venture capitalists. On the plaintiff side, Kyle has architected and led complex class actions and mass arbitrations.

Currently, Kyle is leading a mass arbitration on behalf of parents and their minor children against TikTok for its alleged deceptive use of its platform to cause, in part, what the U.S. Surgeon General has called a mental health crisis. Kyle is also leading an antitrust class action against Wall Street firms Cantor Fitzgerald and BGC arising from their use of non-competes and forfeitures to harm competition. Shortly after he filed this suit, the FTC adopted a nation-wide ban on non-competes.

Kyle has advanced novel legal theories in antitrust and securities litigation that have set precedent in emerging industries. He also has extensive experience at the intersection of cryptocurrency, blockchain and law; he has written extensively and lectured on it at Northwestern and Harvard.

## RECENT EXPERIENCE

- Trial counsel for David Kleiman estate against Craig Wright. Obtained $143M judgment.
- Lead counsel for hundreds of former Cantor Fitzgerald partners in dispute arising from hundreds of millions in unpaid compensation.
- Lead defense counsel for technology startup in arbitration dispute alleging $25M+ in damages. Obtained final order that resulted in 95% reduction in claimed damages.
- Lead counsel for tens of thousands of parents against TikTok in mass arbitration arising from its deceptive use of its social media platform.
- Member of trial team that successfully defended a pharmaceutical company in a patent dispute concerning the market-leading diabetes drug.
- Lead attorney for co-founder of social-networking company in partnership dispute, resulting in resolution acceptable to all parties.
- Represented venture capitalist in dispute over development and growth of a decentralized blockchain. Developed novel legal theory resulting in a $50M+ pre-suit settlement.

## EDUCATION

- **Northwestern University School of Law, J.D.**; Associate Editor, Northwestern University Law Review; Arlyn Miner Book Award for Excellence in Legal Writing
- Purdue University, B.S., Chemical Engineering

## AWARDS & PUBLICATIONS

- Named a New York Metro Area Super Lawyers "Rising Star" from 2020 through 2024
- Chick Evans Scholarship Recipient
- *Why Bitcoin is Booming*, WSJ, July 10, 2017 (Kyle Roche, John O. McGinnis)
- *Bitcoin: Order without Law in the Digital Age*, 94 Indiana L.J. 1497 (2019) (Kyle Roche, John O. McGinnis)

## ADMISSIONS

- State: New York
- U.S. District Court: Southern and Eastern Districts of New York

## RICHARD CIPOLLA
Partner

Richard has represented numerous institutional and individual clients on a wide range of complex civil litigation, regulatory enforcement, and white-collar defense matters. Leveraging a background in technology and big data analytics, he seeks efficient and effective solutions when representing his clients.

Richard was previously an attorney at Cleary Gottlieb Steen & Hamilton LLP.

### RECENT EXPERIENCE

- Represented foreign financial institutions in defending multi-billion-dollar clawback actions related to the bankruptcy of Bernard L. Madoff Investment Securities before federal bankruptcy, district, and appellate courts.
- Represented financial institutions in connection with domestic and foreign government investigations and related civil litigation involving financial benchmarks, including LIBOR and ISDAFIX.
- Achieved a favorable settlement for a fashion label in a licensing dispute with a supplier.
- Argued before the Seventh Circuit Court of Appeals as part of Northwestern Pritzker School of Law's Federal Appellate Clinic.
- Drafter of amicus brief to Supreme Court in *Kokesh v SEC* on behalf of an organization representing the private investment industry.
- Conducted an internal investigation on behalf of a technology company facing an SEC inquiry, favorably resolving the matter without government action.
- Advised one of Canada's largest software companies in connection with a data breach.
- Represented multi-national supplier in large multidistrict litigation and other proceedings arising from the "Dieselgate" scandal
- Defended freight forwarding company in antitrust class action suit.
- Advised a registered investment advisor regarding remediation following SEC OCIE examination.
- Drafted brief for pro bono client's criminal appeal in state court.

### EDUCATION

- **Northwestern University School of Law**, J.D. magna cum laude; Order of the Coif; Articles Editor, Northwestern Law Review 2016
- **Boston University**, B.A. in Economics; B.A. in Philosophy 2011

### ADMISSIONS

- State court: New York; Massachusetts
- U.S. District Court: Southern and Eastern Districts of New York

### CLERKSHIPS

- Hon. Victor Marrero, U.S. District Court: Southern District of New York

## JOSEPH DELICH
Partner

Joe has extensive experience handling complex matters that require innovative solutions and is always exploring how to integrate new technologies into his practice in order to achieve better outcomes for his clients. He practices on a wide range of subject matter, in both state and federal courts throughout the country, including class actions (both plaintiff and defense), commercial contract disputes and securities litigation. In January 2025, Joe helped lead the trial team that successfully obtained a defamation and punitive damages verdict against CNN. That verdict appears to be the first time in history a plaintiff has obtained punitive damages in a defamation case against a national media outlet by satisfying the *N.Y. Times v. Sullivan* actual malice standard. He is also lead trial counsel in a multi-million-dollar promissory estoppel action against NASCAR on behalf of a race team's cryptocurrency sponsor. He is an active part of the firm's antitrust practice, and a core member of the team pursuing antitrust claims against the nation's top universities which has recovered over $300,000,000 in preliminary settlements. In 2021, Joe was part of the trial team that obtained a $140,000,000 judgment from a federal jury after a month-long trial. He was previously an attorney at Paul, Weiss, Rifkind, Wharton & Garrison LLP.

### RECENT EXPERIENCE
- Trial counsel for Zachary Young in his defamation suit against CNN, where the jury awarded punitive damages against a national news organization for the first time in history.
- Lead trial counsel in a multi-million-dollar promissory estoppel action against NASCAR on behalf of a race team's cryptocurrency sponsor.
- Representing hemp research company in billion-dollar lawsuit against state and local governments over unlawful destruction of 17 million hemp plants.
- Represented the Estate of David Kleiman in a cryptocurrency and partnership claim and obtained a $140 million verdict after a month-long jury trial.
- Represented venture capital fund advisor in connection with SEC subpoenas and successfully negotiated resolution making presentation to Enforcement Staff.
- Successfully represented individual plaintiff in federal securities litigation.
- Obtained court-approved settlement for a public company in federal securities class action.
- Conducted internal investigations on behalf of (1) a financial institution in relation to an ongoing consent order (2) a professional sports team in relation to a public controversy.
- Represented REIT management company in New York state court contract dispute.

### EDUCATION & CLERKSHIPS
- **Northwestern Univ. School of Law**, J.D. *magna cum laude*; Order of the Coif; Law Review - Associate Editor; Senior Research Honors; Clinical Legal Education Ass'n Award for Outstanding Clinical Student
- **University of Nebraska - Lincoln**, B.A., English, Minor in Mathematics
- Hon. Leslie H. Southwick, U.S. Court of Appeals, Fifth Circuit

### PUBLICATIONS, PRESENTATIONS & AWARDS
- *Ensuring Insurance: Adequate and Appropriate Coverage for* Brady *Claims in Illinois*, 110 Northwestern University Law Review 223
- 2018 Legal Aid Society Pro Bono Publico Award

### ADMISSIONS
- State court: New York

**JORDANA HAVIV**
Partner

Jordana is an experienced litigator with expertise in complex commercial, white-collar, employment, and securities litigation; internal investigations; and international arbitration. She has counseled and represented clients, on both the plaintiff and defense side, in sectors ranging from financial services to media and entertainment to education in a wide variety of matters in both federal and state court.

Prior to joining the Firm, Jordana was a litigator at Paul, Weiss, Rifkind, Wharton & Garrison LLP.

## RECENT EXPERIENCE

- Representing insurers responding to claims under representations and warranties policies issued in connection with merger and acquisition transactions.
- Represented Columbia University in a variety of Title IX matters, including obtaining dismissal of a lawsuit brought by a student alleging violation of Title IX and other claims arising out of alleged defamation and harassment of plaintiff by another student.
- Counsel for the NFL in its landmark concussion litigation class action settlement and related cases.
- Counsel for global corporation in arbitration of contract dispute before the International Chamber of Commerce.
- Designed sexual harassment prevention training for senior corporate executives.
- Counsel and advise corporate clients regarding the enforcement of non-compete, non-solicitation and non-disclosure agreements.
- Pro bono representation of death penalty client in habeas proceedings in Texas District Court and before the Fifth Circuit.
- Pro bono representation of transgender asylum client in appeals to the Board of Immigration Appeals and the Second Circuit.
- Successfully obtained asylum for pro bono client and her two minor children who had experienced gang-related violence in Honduras.

## EDUCATION

- **New York University School of Law**, J.D., *cum laude*
- **Amherst College**, B.A., *cum laude* in Law, Jurisprudence, and Social Thought

## ADMISSIONS

- State court: New York
- U.S. Court of Appeals: Second and Fifth Circuits
- U.S. District Court: Eastern and Southern Districts of New York

## CLERKSHIPS

- Hon. Victor Marrero, U.S. District Court: Southern District of New York

## STEPHEN LAGOS
Partner

Stephen focuses on complex commercial litigation. He represents plaintiffs and defendants in connection with a range of significant matters, including antitrust and qui tam actions, contract disputes, and corporate governance disputes. Before becoming an attorney, Stephen was an analyst at the Brattle Group, where he developed economic, financial, and mathematical models used to support expert testimony in litigation and regulatory matters.

## RECENT EXPERIENCE

- Representing junior creditors alleging that a Chapter 11 debtor engaged in a fraudulent transfer while restructuring its senior debt
- Representing a putative class of consumers and insurers alleging, among other things, that a major drug company violated antitrust laws while settling a patent dispute with a generic drug manufacturer
- Representing the estate of David Kleiman in an action to recover stolen bitcoins and blockchain-related intellectual property rights from the self-described creator of Bitcoin

## EDUCATION

- **Cornell Law School**, J.D., *magna cum laude*; Order of the Coif; Articles Editor, *Cornell Law Review*; Harry G. Henn Prize in Corporations; CALI Awards in Contracts, Business Organizations, and Litigation Drafting; Myron Taylor Scholar
- **Colorado College**, B.A., Economics

## ADMISSIONS

- State court: New York

13

## ALEX POTTER
Partner

Alex is a trial and appellate litigator with broad experience in high-stakes commercial litigation and arbitration. Whether taking or defending depositions, appearing in court, or briefing novel legal issues, Alex brings critical analysis and strategic perspective to achieve results.

Alex has litigated several hundred million-dollar cases from inception through trial before AAA and ICC tribunals and in federal and state courts, often involving complex issues of foreign law. He has also assisted in U.S. Supreme Court briefing, on behalf of parties and *amici curiae*.

Prior to joining the Firm, Alex was a litigator at Boies Schiller Flexner LLP.

### RECENT EXPERIENCE

- Member of the trial team representing plaintiffs for breach of a multi-billion-dollar power purchase agreement before the ICC in Paris, including presenting expert testimony and briefing on issues of West African and Cayman Islands corporate and contract law.
- Member of the trial team representing a multinational pharmaceutical corporation on patent infringement claims to protect its flagship product in federal Hatch-Waxman litigation after defeating summary judgment on issues of German contract and patent licensing law.
- Principal drafter of an amicus brief before the U.S. Supreme Court at the intersection of family and constitutional law on behalf of more than a dozen women's advocacy organizations, which Justice Gorsuch cited multiple times.
- Achieved dismissal of claims for breach of fiduciary duty in Delaware Chancery Court on behalf of the corporate directors of a multinational media corporation.
- Achieved settlement on behalf of plaintiffs for breach of contract arising from the acquisition of an NFL franchise.
- Member of the trial team representing a multinational pharmaceutical corporation in an AAA arbitration arising from the breach of a co-promotion agreement.
- Achieved settlement on behalf of the former CEO of an online dating website in a putative consumer class action arising from a cybersecurity breach.
- Successfully defended a multinational medical device corporation against counterfeit trafficking claims at the intersection of FDA regulation, product liability, and criminal law.
- Defeated a contempt motion in post-judgment litigation involving a high net-worth divorce.

### EDUCATION

- **University of Pennsylvania Law School**, J.D., *cum laude*; Senior Editor, University of Pennsylvania Law Review; Levy Scholar; Supreme Court Clinic
- **Perelman School of Medicine at the University of Pennsylvania**, Master of Bioethics
- **Whitman College**, B.A., *magna cum laude*, Politics; Phi Beta Kappa

### ADMISSIONS

- State court: New York

### CLERKSHIPS

- Hon. Thomas N. O'Neill Jr., U.S. District Court: Eastern District of Pennsylvania

14

**COLLEEN SMERYAGE**
Partner

Colleen is an experienced trial and appellate attorney whose practice focuses on complex commercial litigation and arbitration. Colleen regularly obtains favorable outcomes for clients in high-stakes litigation involving commercial transactions, securities, international terrorism, trade secrets, and insurance law. Her journalism background and written advocacy skills have enabled her to successfully mount and defend appeals in state and federal courts across the U.S.

Colleen has extensive courtroom experience, having served as trial counsel in bench and jury trials. Most recently, she served as trial counsel in a high-profile four-week trial where she examined numerous fact and expert witnesses and presented extensive oral argument. Previously, she served as trial counsel in a two-week federal jury trial culminating in a complete defense verdict for her client. She has also achieved favorable jury verdicts as plaintiff's counsel, including in a federal court action arising from a coordinated cyberattack and a state court action premised on civil theft.

Prior to law school, Colleen worked in the oil and gas industry in Texas and the Middle East.

## RECENT EXPERIENCE

- Represented victims of international terrorism in collection efforts to satisfy $2.9B judgment, including extensive litigation over funds blocked pursuant to OFAC regulations
- Represented victims of U.S.S. Cole bombing against Republic of Sudan in federal and appellate courts, ending in a historic settlement under the Terrorism Risk Insurance Act
- Represented high-profile client in complex probate and guardianship proceedings, including role as trial counsel in 19-day bench trial
- Represented Florida's largest physician group against numerous insurers in a complex dispute regarding reimbursement rates
- Represented credit card processor in cyberattack litigation, culminating in a successful jury verdict in federal court
- Represented bankruptcy trustees in pursuing significant insurance proceeds in action related to the collapse of prominent Ponzi scheme
- Represented broker in fraud and unfair trade practices act case, including as trial counsel in a two-week federal jury trial
- Represented security and automation company in defending Lanham Act claims premised on alleged false advertising and unfair competition
- Represented Brendan Dassey, subject of *Making a Murderer* documentary, as member of Northwestern Pritzker School of Law's wrongful convictions clinic

## EDUCATION

- **Northwestern Univ. School of Law**, J.D. *cum laude*; Journal of Int'l Law and Business
- **Northwestern Univ, Medill School of Journalism**, B.A. *magna cum laude*; Mortar Board Senior Honor Society; Kappa Tau Alpha Journalism Honor Society

## ADMISSIONS

- State court: Florida, Illinois
- U.S. Court of Appeals: Eleventh Circuit
- U.S. District Court: Southern District of Florida

## LAWRENCE M. KAYE
Senior Counsel

Larry represents a wide range of domestic and international clients in complex litigations and commercial transactions. Among Larry's accomplishments, he notably represented foreign governments, victims of the Holocaust, families of renowned artists and other claimants in the recovery of art and antiquities.

## RECENT EXPERIENCE

- Lead attorney in the landmark case of *Federal Republic of Germany v. Elicofon*, recovering two early masterpieces by Albrecht Durer, stolen at the end of WWII, and returning them to the Weimar Art Museum.
- Represented financial institutions in connection with domestic and foreign government investigations and related civil litigation involving financial benchmarks, including LIBOR and ISDAFIX.
- Represented the Republic of Turkey in its efforts to recover the fabled Lydian Hoard antiquities, long held by the Metropolitan Museum of Art, and some 1,800 ancient Greek and Lycian coins which Connoisseur Magazine called "The Hoard of the Century" and many other repatriations
- Represented Marei von Saher, the sole heir of the noted Dutch dealer and collector, Jacques Goudstikker, in connection with the restitution of Nazi looted art works from the Dutch Government and numerous museums and collections throughout the world.
- Represented the estate of art collector Frances Lasker Brody in the historic sale of its collection at Christie's, including the $106.5M sale of Pablo Picasso's Nude, Green Leaves and Bust, a then-record price for a work of art at auction.
- Represented Leon D. Black, co-founder of Apollo Global Management, in an international dispute over the ownership of Pablo Picasso's "Bust of a Woman" plaster sculpture
- Represented Neue Galerie New York in its historic acquisition of Gustav Klimt's painting Portrait of Adele Bloch-Bauer I, also known as The Woman in Gold, at the time reported to be the most valuable painting ever sold.

## EDUCATION

- **St. John's University School of Law**, J.D.; Editor, Journal of Int'l Business Law
- **University of North Carolina**

## ADMISSIONS

- State court: New York
- U.S. District Court: Southern and Eastern Districts of New York; District of Columbia
- U.S. Court of Appeals: Second and D.C. Circuit
- U.S. Supreme Court

## AWARDS

- *The Best Lawyers in America – Art Law* (2022, 2024)
- *The Best Lawyers in America – Lawyer of the Year, Art Law, New York City* (2022)

16

## HOWARD SPIEGLER
Senior Counsel

Howard has been involved in several of the best-known and most important litigations brought on behalf of foreign governments and heirs of Holocaust victims and others to recover stolen artwork or other cultural property.

### RECENT EXPERIENCE

- Represented the Estate of Lea Bondi Jaray to recover a Schiele painting confiscated by a Nazi agent in Austria in the late 1930's.
- Represented famous Jewish art dealer Jacques Goudstikker of 200 Nazi-looted artworks from the Dutch Government and the recoveries on behalf of the Republic of Turkey of numerous valuable antiquities.
- Represented the heirs of Kazimir Malevich, the world-renowned 20th Century Russian artist, to recover Malevich artworks from the City of Amsterdam in the Netherlands

### EDUCATION

- **Columbia Law School**, J.D.
- **University of Pennsylvania**

### ADMISSIONS

- State court: New York
- U.S. District Court: Southern and Eastern Districts of New York; District of Columbia
- U.S. Court of Appeals: Second and D.C. Circuits
- U.S. Supreme Court

### AWARDS

- *The Best Lawyers in America – Art Law* (2021)
- *Award of Lifetime Achievement in the Defense of Art from the Association for Research into Crimes Against Art* (2010)

## KATE AUFSES
Counsel

Kate's practice focuses on art law, particularly representing claimants seeking restitution of art misappropriated during the Holocaust.

Prior to joining the firm, Kate served as Associate General Counsel to the New York City Department of Cultural Affairs. In this role, Kate represented the City in contract negotiations with arts and culture organizations regarding funding for programming, capital projects, public art, and a wide variety of other transactions. Kate counseled organizations on the legal requirements associated with obtaining City funding, and she advised agency staff on ethics, conflicts of interest, non-profit governance, labor and employment, and compliance issues. Kate conducted internal investigations and coordinated with the New York City Law Department concerning litigation involving the Department of Cultural Affairs.

Prior to joining the city government, Kate was a litigator at two New York law firms, Hughes Hubbard & Reed LLP and Bernstein Litowitz Berger & Grossmann LLP. During law school, Kate served as a judicial intern in the chambers of the Honorable Jack B. Weinstein in the U.S. District Court for the Eastern District of New York.

## RECENT EXPERIENCE

- Representing plaintiffs in federal and state litigations to recover artwork lost because of Nazi persecution.
- Representing clients in multi-million-dollar commercial transactions involving art.
- Represented individual and family foundation in connection with the acquisition of 1,400 Dutch Mannerist prints by the Art Institute of Chicago.
- Representing the sole heir of the Dutch dealer and collector, Jacques Goudstikker, in connection with the restitution of Nazi looted artworks from museums and private collections throughout the world.
- Represented private collector in loan of artwork to Fondation Louis Vuitton retrospective dedicated to Mark Rothko.
- Represented artist estate in sale and loan of artwork to the Metropolitan Museum of Art.
- Represented private collector in consignment and sale of rare historical document.

## EDUCATION

- **University of Michigan Law School**, J.D.
- **University of Cambridge**, M.Phil., History of Art; M.Phil. American Literature
- **Kenyon College**, B.A.

## ADMISSIONS

- State court: New York

18

## RICHARD LAFONT
Counsel

Richard's practice focuses on complex commercial litigation, focusing on banking, fintech, real estate, securities fraud, bankruptcy, and business torts.

Richard has litigated for over a decade in federal and state courts, both at the trial and appellate is particularly adept at navigating and identifying the nuances of litigating in New York's federal and state courts. He is currently representing a fund manager defending against allegations of gross negligence and misconduct in a JAMS arbitration and is representing a major apparel company against a competitor's allegations of unfair competition and misappropriation of trade secrets. levels. He has also represented clients in all major alternative dispute resolution forums. Richard Clients seek Richard's advice to resolve disputes pre-litigation and for creative, outside-the-box thinking when litigation is necessary.

### RECENT EXPERIENCE

- Represented major commercial banks in adversary proceedings and plan disputes in the Adelphia, AHERF and Loewen Group bankruptcies.
- Achieved a directed verdict at trial in the N.Y. Commercial Division on behalf of an elite health and fitness company over a claim for a real estate broker's fee in connection with obtaining a lease for the famed "Vertical Club" site.
- Principal drafter of briefs before the N.Y. Court of Appeals on behalf of a company seeking the turnover of its files from a major international law firm establishing the "entire file" rule in New York.
- Achieved summary judgment in U.S. District Court for a group of funds against a Swiss gaming company that reneged on purchasing "junk bonds" issued by its U.S. subsidiary.
- Defended merchant cash advance company in criminal forfeiture action in U.S. District Court resulting in client receiving payment in full.
- Member of two-person bench trial team in U.S. District Court resulting in a multi-million-dollar award to manufacturer of power generators against its liability insurer based upon the catastrophic failure of one its generators at the World Financial Center complex.
- Achieved dismissal of tort claims alleged in a N.Y. state court action against the principals of a steel importer by a foreign steel manufacturer seeking to enforce a judgment against the principals.
- Achieved dismissal of the bulk of claims made in U.S. District Court by a finder against a commercial finance company resulting in an advantageous settlement.

### EDUCATION

- **University of Pennsylvania Law School**, J.D.; Editor, Journal of Int'l Business Law
- **Harvard University**, A.B., American History

### ADMISSIONS

- State court: New York, New Jersey
- U.S. District Court: Southern, Eastern, Western, and Northern Districts of New York; District of New Jersey
- U.S. Court of Appeals: Second Circuit

**IVY T. NGO**
**Counsel**

Ivy is an experienced complex civil litigator whose practice focuses on securities fraud, privacy, data breach, and antitrust class actions. She is a creative and collaborative problem-solver with a proven track record of recovering hundreds of millions of dollars on behalf of clients.

At FNF, she served as lead counsel in *D'Arcy v. Sequential Brands Group, Inc. et al.*, recovering $9.75M, and as co-lead counsel in *Lowry v. RTI Surgical Holdings, Inc.*, recovering $10.5M. Both recoveries represented over 30% of plaintiffs' estimated damages – over 3x the typical recovery in securities fraud class actions.

Before joining FNF, Ivy successfully prosecuted numerous securities fraud class actions at a national complex litigation firm. Those cases include *In re Cardinal Health, Inc. Sec. Litig.* ($600M); *Jones v. Pfizer Inc.* ($400M); *Fort Worth Employees' Retirement Fund v. J.P. Morgan Chase & Co.* ($388M); *In re HealthSouth Corp. Sec. Litig.* ($209M); *Silverman v. Motorola, Inc.* ($200M); *In re MGM Mirage Sec. Litig.* ($75M); *Massachusetts Bricklayers and Masons Trust Funds v. Deutsche Alt-A Sec. Inc.* ($32.5M); *City of Ann Arbor Employees' Retirement System v. Citigroup Mortgage Loan Trust Inc.* ($25M); *In re Genworth Fin., Inc. Sec. Litig.* ($20M); and *Shankar v. Imperva, Inc.* ($19M). Ivy was also a member of the team which obtained certification in: *Silverman v. Motorola, Inc.*, No. 07 C 4507, 259 F.R.D. 163 (N.D. Ill. 2009); *Mary K. Jones v. Pfizer Inc.*, No. 1:10-cv-03864-AKH, (S.D.N.Y. 2012); *In re Genworth Fin., Inc. Sec. Litig.*, No. 1:14-cv-02392-AKH, Doc. 118 (S.D.N.Y. 2014); and *Fort Worth Employees' Retirement Fund v. J.P. Morgan Chase & Co.*, No. 1:09-cv-0371-JPO, 301 F.R.D. 116 (S.D.N.Y. 2014).

In recognition of her work in securities and class action litigation, *Super Lawyers Magazine* named Ivy a Rising Star for 2015-2018 and a Super Lawyer for 2019.

**RECENT EXPERIENCE**

- Lead counsel in the following ongoing securities fraud or shareholder class actions: *In re Qutoutiao Inc. Sec. Litig.* (S.D.N.Y.) and *Michael W. Fitzgibbons v. Kali P. Chaudhuri, et al.* (Riverside Sup. Ct.).
- Co-Lead Counsel in the following ongoing securities fraud class actions: *In re CorMedix Inc. Sec. Litig.* (D. N.J.) and *Pasquinelli et al. v. HUMBL, LLC* (D. DE).

**EDUCATION**

- **Rutgers University School of Law - Camden**, J.D. (2006)
- **University of California, Los Angeles**, B.A. (2003)

**ADMISSIONS**

- State court: California, Colorado, District of Columbia
- U.S. Court of Appeals: Second and Ninth Circuits
- U.S. District Court: Northern, Central, Eastern and Southern Districts of California; District of Colorado; District of Maryland; Northern District of Illinois
- U.S. Patent and Trademark Office

20

## YAEL WEITZ
Counsel

Yaél advises clients in a wide range of art and cultural property matters. She has broad experience with complex commercial art transactions, including auction and private sales, purchases, consignments and loans. Yaél counsels clients on a variety of art matters relating to title, authenticity, provenance, and others. She has represented claimants in actions seeking restitution of art misappropriated during the Holocaust and in the recovery of looted or stolen cultural patrimony.

Yaél was named a Super Lawyers "Rising Star" in 2024 and has been ranked by Chambers High Net Worth in Art and Cultural Property Law since 2023.

### RECENT EXPERIENCE

- Representing plaintiffs in federal and state litigations to recover artwork lost because of Nazi persecution.
- Representing clients in multi-million-dollar commercial transactions involving art.
- Represented individual and family foundation in connection with the acquisition of 1,400 Dutch Mannerist prints by the Art Institute of Chicago.
- Representing the sole heir of the Dutch dealer and collector, Jacques Goudstikker, in connection with the restitution of Nazi looted artworks from museums and private collections throughout the world.
- Represented private collector in loan of artwork to Fondation Louis Vuitton retrospective dedicated to Mark Rothko.
- Represented artist estate in sale and loan of artwork to the Metropolitan Museum of Art.
- Represented private collector in consignment and sale of rare historical document.

### EDUCATION

- **Benjamin N. Cardozo School of Law**, J.D.
- **Binghampton University,** B.A**.**

### ADMISSIONS

- State court: New York; New Jersey
- U.S. District Court: Southern and Eastern Districts of New York; District of Columbia
- U.S. Court of Appeals: Second Circuit

## ROARKE MAXWELL
Counsel

Roarke's practice focuses on complex commercial litigation, international litigation, and appeals. In the area of state sponsored terrorism litigation, he has prosecuted claims that have resulted in judgments totaling in excess of billions of dollars against foreign states, such as Cuba, Iran and the Republic of Sudan.

As an appellate advocate, Roarke has drafted briefs in cases before the U.S. Supreme Court at both the certiorari and merits levels, in the U.S. Courts of Appeals for the Second, Fourth, and Eleventh Circuits, and Florida's District Courts of Appeal. Roarke has presented oral argument in numerous appeals before Florida's District Courts of Appeal and in the U.S. Courts of Appeals for the Eleventh and Second Circuits.

Roarke was nominated in the international litigation category of the South Florida Daily Business Review's Most Effective Lawyers awards in 2016 and 2020, winning in 2020

### RECENT EXPERIENCE

- Represented victims of the U.S.S. Cole bombing against the Republic of Sudan before the U.S. District Court for the Eastern District of Virginia, recovering a $70 million settlement.
- Represented victims of state sponsored terrorism against the Republic of Cuba, assisting in obtaining a $2.7 billion dollar judgment.
- Represented victims of state sponsored terrorism against foreign states in two separate appeals before the U.S. Supreme Court and in numerous appeals before various U.S. Courts of Appeals.
- Recovered assets of foreign sovereigns blocked under OFAC regulations totaling in the tens of millions of dollars, in judgment collection actions.
- Represented business entities and high net worth individuals in high stakes commercial litigation and appeals in state and federal courts.
- Represented a record company and individuals in intellectual property disputes and related commercial litigation in federal and state courts.

### EDUCATION

- **University of Florida Levin College of Law,** J.D., *cum laude*; Frank E. Bryant Memorial Academic Scholarship
- **University of Florida, Bachelor of Arts,** *cum laude*, Political Science and Classical Studies; Phi Beta Kappa

### ADMISSIONS

- State court: Florida
- U.S. Supreme Court
- U.S. Court of Appeals: Second, Fourth, and Eleventh Circuits
- U.S. District Court: Southern and Middle District of Florida; Colorado

**PETER BACH-Y-RITA**
Associate

Peter is an experienced and creative lawyer whose practice focuses on representing clients in complex commercial disputes, including crypto-asset, contract, shareholder, and insolvency matters.

## RECENT EXPERIENCE

- Representing a crypto-asset investment company seeking to enforce its profit-sharing agreement with a large online lending platform.
- Counsel for individual crypto-asset investor in criminal and civil proceedings stemming from software bug on the blockchain.
- Representing a private investor in a securities fraud arbitration against a blockchain identity verification startup.
- Representing a bondholder in fraudulent transfer and unlawful distribution actions against the owners of a Spanish-language media company.
- Defending a large national retailer in a sex discrimination class action involving over one million alleged class members.
- Representing law firms in cases filed by the bankruptcy estates of other defunct law firms seeking to claw back fees from unfinished business of their former partners.
- Member of the plaintiff's trial team in the historic 2008 lawsuit successfully challenging the Constitutionality of California's ban on same-sex marriage.

## EDUCATION

- **Stanford Law School**, J.D.
- **Massachusetts Institute of Technology**, Ph.D., Philosophy
- **Princeton University**, A.B., Philosophy

## PUBLICATIONS & PRESENTATIONS

- *The Causal Mechanism Theory of Legal Causation*, Ratio Juris 34 (1):57-73 (2021)
- *Why the Assignability of Intellectual Property Licenses in Bankruptcy Might Not be Settled After All*, ABI Law Review, 25:315-326 (2017)

## ADMISSIONS

- State court: California
- U.S. Court of Appeals: Second and Ninth Circuits
- U.S. District Court: Northern and Central Districts of California; Northern District of Illinois

**RILEY CLAFTON**
Associate

Riley is a litigator with experience representing individuals, professional firms, and corporations in a broad array of matters at both the trial and appellate levels in federal and state courts, as well as arbitration proceedings.

Prior to joining FNF, Riley was a litigator at Williams & Connolly and clerked for the Honorable Richard C. Tallman, U.S. Court of Appeals for the Ninth Circuit.

## RECENT EXPERIENCE

Riley's experiences include representations of plaintiffs and defendants in antitrust actions, the defense of a Big Four accounting firm in an accounting malpractice action, the defense and prosecution of complex commercial matters, appellate advocacy, and pro bono representations.

## EDUCATION

- **Northwestern University Pritzker School of Law**, J.D.; *magna cum laude*, Order of the Coif, Lowden Wigmore Prize, Legal Profession Graduation Award, Senior Research Honors in Constitutional Criminal Procedure (2020)
- **University of Miami**, Bachelor of Arts in English, Political Science, and Spanish, *summa cum laude*; Phi Beta Kappa, da Vinci Scholar (2017)

## ADMISSIONS

- State court: New York, District of Columbia, Illinois, Idaho
- U.S. District Court: District of Columbia
- U.S. Court of Appeals: Ninth Circuit

## PUBLICATIONS & PRESENTATIONS

- Riley E. Clafton, *A Material Change to* Brady*: Rethinking* Brady v. Maryland*, Materiality, and Criminal Discovery*, 110.2 J. Crim. L. & Criminology (2020)
- Tonja Jacobi & Riley E. Clafton, *The Law of Disposable Children: Searches in Schools*, 13 U.C Irvine L. Rev. 205 (2022)
- Tonja Jacobi & Riley E. Clafton, *The Law of Disposable Children: Discipline in Schools*, 2023 U. Ill. L. Rev. 1123 (2023)
- Tonja Jacobi & Riley E. Clafton, *The Law of Disposable Children: Interrogation in Schools*, 75 Ala. L. Rev. 291 (2023)

## CLERKSHIPS

- Hon. Richard C. Tallman*,* U.S. Court of Appeals, Ninth Circuit

**MATTHEW DUFFY**
Associate

Matthew is an associate in FNF's Boston office, where he focuses on complex commercial litigation. He has experience litigating insurance coverage disputes and class actions, as well as matters involving emerging technologies, particularly artificial intelligence. Matthew regularly represents both plaintiffs and defendants, including institutional and individual clients, in state and federal courts.

Prior to joining FNF, Matthew handled significant matters involving commercial litigation, technology, and regulatory compliance. He previously served as redistricting counsel at the New Jersey Institute for Social Justice and as a staff attorney with the Voting Rights and Democracy Campaign at the Center for Popular Democracy. Matthew also had the privilege of clerking for the Honorable Hector Gonzalez at the U.S. District Court for the Eastern District of New York.

### RECENT EXPERIENCE

- Representing an AI company in multi-billion-dollar copyright and class action disputes involving novel intellectual property and data ownership issues.
- Securing favorable settlements for healthcare and event-planning companies in complex insurance disputes at arbitration.
- Successfully defending a technology startup in an employment contract dispute, obtaining dismissal through favorable interpretation of contested contract provisions.
- Representing pro bono clients in a class action challenging systemic special education compliance issues against the Massachusetts Department of Elementary and Secondary Education

### EDUCATION

- **Columbia Law School, J.D.;** Ruth Bader Ginsburg Prize Winner; Kent Scholar; Public Interest Fellow; Articles Editor, Columbia Law Review; Teaching Assistant for Property
- **Georgetown University, Walsh School of Foreign Service, B.S.F.S.;** International Political Economics, with honors

### ADMISSIONS

- State court: New York; Massachusetts
- U.S. District Court: Massachusetts

## ROBERT T. DUNLAP
Associate

Robert is an experienced litigator whose practice focuses on complex, high-stakes disputes, including cross-border international investigations, litigation, and arbitration. He has extensive experience managing cases in pre-suit investigations, litigation, and arbitration.

Clients value Robert for his absolute dedication to remaining focused on the creative solutions they need to succeed. He offers proven abilities in case analysis, management, and resolution – including the quick identification of the optimal path to success with creative arguments, often under pressure, to offer the strongest potential to win or further the client's objectives.

Prior to joining the Firm, Robert was a litigator at the law firm of Black Srebnick.

### RECENT EXPERIENCE

- Defending a Czech software technology company and a Finnish entrepreneur in a trade-secrets litigation brought by a U.S. software provider. Successfully asserted antitrust counterclaim and obtained settlement.
- Representing a South African technology services company in an international arbitration under ICDR Rules arising out of the purchase of defective products and fraudulent representations.
- Representing a Taiwanese manufacturer in claims against a U.S. distributor for breach of contract and fraudulent misrepresentation.
- Successfully defending a stockholder in a dispute regarding ownership of shares in a closely held spacecraft manufacturer. Obtained dismissal of the case and settlement.
- Representing an inventor in a trade secrets misappropriation case against a global entertainment company.
- Successfully representing leading U.S. manufacturer of aftermarket wheels in false advertising and unfair competition actions.
- Assisted in defending the chair and former CEO of Marvel Entertainment in defamation action. Obtained summary judgment and dismissal of all of plaintiff's claims.
- Representing a celebrity chef in the enforcement of foreign judgment actions.

### EDUCATION

- **Boston College Law School,** J.D.; Clough Center Public Interest Law Scholar
- **Duke University,** B.A., English

### ADMISSIONS

- State court: Florida; Massachusetts
- U.S. District Court: Southern District of Florida; District of Massachusetts

### CLERKSHIP

- James Lawrence King, U.S. District Court: Southern District of Florida

## KATHARINE "KATIE" FRIEL
Associate

Katie represents numerous institutional and individual clients on a wide range of complex litigation matters involving commercial contracts, government investigations, consumer class actions, antitrust, and white-collar defense matters. Prior to joining the firm, Katie served as a Fellow in the Democracy Program at the Brennan Center for Justice, focusing on voting rights and elections.

### RECENT EXPERIENCE

- Representing a putative class of consumers in an antitrust lawsuit
- Counseling clients in connection with SEC and DOJ investigations
- Representing beverage company executives in a post-acquisition contractual dispute
- Representing insurer responding to claims under representations and warranties policy issued in connection with a merger and acquisition transaction
- Representing a pro bono client asserting violations of his Fourth and Fourteenth Amendment rights by a police officer's unlawful arrest and use of excessive force in connection with the ACLU's Justice Lab initiative

### EDUCATION

- **Columbia Law School**, J.D.; Hamilton Fellow
- **University of Virginia**, B.A., Philosophy Distinguished Majors Program *with highest honors*; B.J. Diggs Award for Best Undergraduate Philosophy Thesis

### ADMISSIONS

- State court: New York

**JOSEPH LEMOINE**
Associate

Joseph is a litigator focused on complex commercial litigation and arbitration. Trained in both the U.S. and France, Joseph offers clients a distinctive perspective shaped by a decade of international experience at the intersection of law, policy, and diplomacy.

He has represented emerging technology companies, entrepreneurs, and investors navigating complex regulatory and litigation challenges, including disputes and issues involving antitrust, ownership and compensation, contract, mergers and acquisitions, and corporate governance. On the plaintiff side, Joseph focuses on antitrust class actions across various industries.

Before joining FNF, Joseph served as senior director of the Atlantic Council's Freedom and Prosperity Center and was a private sector specialist at the World Bank, where he advised governments, development finance institutions, and global investors on business climate reform, regulatory governance, and rule of law initiatives across Africa and the Middle East. This experience informs his approach to representing clients facing complex regulatory environments and institutional challenges.

Recognized for his expertise on legal and economic reform, Joseph has authored reports, academic works, and op-eds—including in The Washington Post, Devex, and The National Interest—and frequently speaks on issues of democracy and governance. He currently serves as vice-chair for programs of the International Investment and Development Committee of the ABA and is a nonresident senior fellow at the Atlantic Council.

## RECENT EXPERIENCE
- Representing a putative class of consumers in an antitrust lawsuit.
- Counseling clients in connection with ownership control and breach of fiduciary duties.
- Representing insurer responding to claims under representations and warranties policy issued in connection with a merger and acquisition transaction.
- Pro bono work with the Strategic Litigation Project, a not-for-profit organization that focuses on preventing human rights violations, terrorism, atrocities, and corruption.

## EDUCATION
- **Georgetown Law,** LL.M
- **Paris 1 Panthéon-Sorbonne University,** Master 2
- **Sciences Po Grenoble**, Master 2

## PUBLICATIONS
- Why democracy is backsliding, faster and faster, The Washington Post, 9/9/25
- Why the rule of law is the key to prosperity: Lessons from thirty years of data, Atlantic Council, 8/20/25
- Attracting foreign direct investments: How economic freedom, strong institutions, and the rule of law make a difference, Atlantic Council, 3/15/24
- Stifling the press is stifling progress. Here's how policymakers can intervene., New Atlanticist, 10/17/22
- Complementary regulations to improve public procurement, in "Procurement in Focus: Rules, Discretion, and Emergencies", CEPR Press, 2021
- Worldwide Practices of Regulatory Impact Assessments, World Bank, 3/3/18
- 2025 Atlas: Freedom and Prosperity Around the World, 2/6/25
- 2024 Atlas: Freedom and Prosperity Around the World, 2/4/24

## PEKHAM PAL
Associate

Pekham is an experienced litigator whose practice focuses on complex commercial litigation and trial work in federal and state courts. She represents plaintiffs and defendants across a wide range of high stakes matters, including in commercial, insurance, intellectual property, employment, business tort, class action, and transnational disputes and internal investigations.

Prior to joining FNF, Pekham had the privilege of clerking for the Honorable Vincent L. Briccetti, U.S. District Court, Southern District of New York, and served as an investigative analyst at the Manhattan District Attorney's Office where she assisted in grand jury proceedings, evidentiary hearings, and felony trials. For litigation, she is a "Best Lawyers: Ones to Watch in America 2026."

### RECENT EXPERIENCE
- Secured $34M+ trade dress and patent infringement verdict for home furnishing company.
- Achieved multimillion dollar settlement on eve of trial against int'l sporting company for trademark and copyright infringement.
- Brought claims against counterfeiter for false advertising, trademark infringement, and unfair competition on behalf of int'l luxury furniture company
- Defended and prosecuted trade secrets, breach of fiduciary, and breach of contract claims.
- Dismissed breach of fiduciary duty claims, affirmed by Delaware Supreme Court, on behalf of foreign company in going private transaction.
- Mediated settlement in multimillion dollar dispute over controlling stake in food business.
- Defended controlling shareholder of TV network in vote dilution dispute.
- Conducted an internal investigation and evaluated potential claims to support bankruptcy plan negotiations on behalf of the BOD of an int'l investment and construction company.
- Conducted internal investigations for leading int'l banks and companies.
- Defended nat'l grocery distributor in multimillion dollar state tax enforcement action.
- Represented foreign sovereign entities in breach of contract disputes in federal court.
- Drafted U.S. Supreme Court amicus brief re: extraterritorial application of federal securities law on behalf of nat'l broker-dealer trade association.
- Defended companies in putative consumer class action of purchasers of beauty products and in employment discrimination claims.
- Pro bono on-site legal services at an immigration detention center; successful pro bono UNHCR resettlement petition on behalf of Syrian refugee family.

### EDUCATION
- **Fordham University School of Law, J.D., cum laude**, Dean's List; Articles & Notes Editor, Fordham Law Review
- **Vassar College,** B.A. in International Studies and Hispanic Studies

### ADMISSIONS
- State court: New York; New Jersey
- U.S. District Court: Southern and Eastern Districts of New York; Eastern District of Texas
- U.S. Court of Appeals: Second Circuit

### PUBLICATIONS
- History, Governmental Structure, and Politics: Defining the Scope of Local Board of Health Power, 84 Fordham Law Review 769 (2015)

## JOHN SUPER
Associate

John is a trial and appellate litigator with experience representing individuals and business entities in federal and state courts in high-stakes commercial disputes. He has represented plaintiffs and defendants in a broad range of matters, including contract disputes, joint venture disputes, post-arbitration actions, bankruptcy cases, and multi-jurisdictional disputes involving complex issues of foreign law.

Before joining FNF, John clerked for the Honorable William J. Nardini, U.S. Court of Appeals for the Second Circuit, and the Honorable Michael P. Shea, U.S. District Court for the District of Connecticut. During law school, John represented individual and classes of military veterans in proceedings related to veterans' benefits and discharge upgrades. Before law school, John served in the U.S. Army as a military intelligence officer and worked as a contractor for the U.S. Department of Defense and Joint Chiefs of Staff.

### RECENT EXPERIENCE

- Defended bond insurer in a civil RICO and fraud action arising out of public-private partnerships for multi-hundred-million-dollar family housing development projects.
- Represented a business in post-arbitration proceedings and related multijurisdictional actions arising out of an international dispute regarding the control of a joint venture.

### EDUCATION

- **Yale Law School,** J.D.; Editor, Yale Law and Policy Review
- **Yale University,** M.A., International Relations
- **University of Connecticut,** B.A. International Relations

### ADMISSIONS

- State court: New York; Connecticut; Massachusetts
- U.S. District Court: Connecticut; Southern and Eastern Districts of New York

### CLERKSHIP

- Hon. William J. Nardini, U.S. Court of Appeals: Second Circuit
- Hon. Michael P. Shea, U.S. District Court for the District of Connecticut

**NIRAJ THAKKER**
Associate

Niraj is an experienced litigator whose practice focuses on complex commercial litigation. He represents plaintiffs and defendants in federal courts in connection with a wide range of subject matters.

Prior to joining the firm, Niraj clerked in the U.S. District Court for the Northern District of Florida and practiced patent litigation and patent prosecution at another leading law firm.

## RECENT EXPERIENCE

- Defending various class action claims pending before both federal courts and arbitration panels
- Prosecuting securities class actions against publicly traded companies and cryptocurrency issuers
- Representing major companies in enforcing their patent rights at the International Trade Commission
- Pro bono representation of a minor immigrant seeking asylum
- Pro bono representation of a defendant in a criminal case

## EDUCATION

- **University of Florida Levin College of Law**, J.D., *magna cum laude*; *Order of Coif*; Executive Notes and Comments Editor, Florida Law Review; Book Awards in Patent Law, Intellectual Property Litigation, and Patent Prosecution
- **Florida State University**, B.S., Mechanical Engineering

## PUBLICATIONS & PRESENTATIONS

- Niraj H. Thakker, *Undue Burden With a Bite: Shielding Reproductive Rights From the Jaws of Politics*, 28 U. Fla. J.L. & Pub. Pol'y 431 (2017)

## ADMISSIONS

- State court: Florida

## CLERKSHIP

- Hon. Mark E. Walker, U.S. District Court: Northern District of Florida

31

**THOMAS TRABUE**
Associate

Thomas a federal and state court litigator whose practice focuses on complex commercial litigation. Thomas also serves as a lawyer and an officer in the U.S. Army Reserve.

Thomas has over a decade of law enforcement experience, most recently serving as a police officer in South Florida. He has experience as a Sergeant, a SWAT Team Operator, and is also a certified Drug Recognition Expert (DRE). Thomas brings that experience and diligence to bear when investigating and working cases up.

Prior to joining the firm, Thomas worked for the Broward County State Attorney's Office, where he prosecuted multiple jury and non-jury trials. He was also a judicial intern for the Honorable Jose E. Martinez of the U.S. District Court for the Southern District of Florida.

### RECENT EXPERIENCE

- Representing various lead plaintiffs in securities class actions alleging fraud claims against publicly traded companies.
- Defending companies from various class action claims pending before the federal courts and an arbitration panel
- Representing a putative class in a major antitrust lawsuit against the nation's top-16 universities
- Pursuing trade secret misappropriation claims against a multinational conglomerate over its wrongful taking of its former partner's designs.

### EDUCATION

- **Florida International University College of Law**, J.D.; *magna cum laude*, graduated top five in class; Senior Staff Member, FIU Law Review; Research Assistant for Antitrust and Intellectual Property Law; Book Awards in Research and Writing I and II, Antitrust Law, Constitutional Law, and Property Law
- **Florida Atlantic University**, B.A., Public Safety Administration, *magna cum laude*
- **The Judge Advocate General's Legal Center and School**, U.S. Army's Judge Advocate Officer Basic Course

### ADMISSIONS

- State court: Florida
- U.S. District Court: Southern District of Florida

### AWARDS & ASSOCIATIONS

- Recipient of the Florida International University Alumni "5 Under 35" award for 2023

32

**PATRICK WOODS**
Associate

Patrick is a litigator focused on complex commercial, antitrust, appellate, bankruptcy, and transnational litigation.

His work has involved disputes in federal and state courts across the country, including high-stakes restructuring disputes, merits briefing in a case before the Supreme Court, and substantial advocacy in the federal courts of appeals. He has successfully represented both plaintiffs and defendants and contributed to major victories across multiple jurisdictions.

Prior to joining FNF, Patrick worked at other leading law firms and had the privilege of clerking for the Honorable Amalya Lyle Kearse, U.S. Court of Appeals for the Second Circuit.

## RECENT EXPERIENCE

- Represented lenders excluded from a novel refinancing transaction in the corporate debt market, securing reversal of bankruptcy court's judgment on core contract issue before the Fifth Circuit.
- Represented putative class of individuals in antitrust action against one of the largest healthcare systems in the country arising from restrictive contracts with commercial insurers.
- Represented clean-energy entrepreneur in litigation and arbitration arising from dispute with foreign sovereign and major energy company concerning termination of contracts and seizure of property.
- Represented investment fund as plaintiff in various litigations and out-of-court foreclosures under the Uniform Commercial Code resulting from defaults under loan agreements secured by equity interests, real estate, and fine art, among other collateral.

## EDUCATION

- **University of Chicago Law School, J.D., with honors;** Managing Editor, University of Chicago Law Review
- **Columbia University, B.A., magna cum laude,** East Asian Languages and Cultures; Phi Beta Kappa

## ADMISSIONS

- State court: New York
- U.S. District Court: District of Columbia; Southern and Eastern Districts of New York; Eastern District of Wisconsin
- U.S. Court of Appeals: Second, Fifth, and Eleventh