## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL J. DURKACZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CIBC WORLD MARKETS, INC., CIBC WORLD MARKETS CORP., THE CANADIAN IMPERIAL BANK OF COMMERCE, RBC DOMINION SECURITIES, INC., RBC CAPITAL MARKETS, LLC, and ROYAL BANK OF CANADA,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-10565<br><br>The Honorable Edgardo Ramos<br><br><u>CLASS ACTION</u> |
| QUANTUM BIOPHARMA LTD.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CIBC WORLD MARKETS, INC., RBC DOMINION SECURITIES INC., and JOHN DOES 1 THROUGH 10,<br><br>　　　　　　Defendants. | Case No. 1:24-cv-07972<br><br>The Honorable Edgardo Ramos |

## [PROPOSED] ORDER GRANTING QUANTUM BIOPHARMA LIMITED'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

Having considered (a) the motion of Quantum BioPharma Limited ("Quantum") for consolidation of related actions, appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, and approval of its selection of Freedman Normand Friedland LLP ("FNF") and Grant & Eisenhofer P.A. ("G&E") as co-Lead Counsel for the Class

(the "Motion"); (b) the memorandum of law in support of the Motion; and (c) the declaration of Velvel (Devin) Freedman and attached exhibits in support of the Motion,

**IT IS HEREBY ORDERED THAT:**

1.　　The Motion is GRANTED;

2.　　All securities class actions arising out of the same facts and claims on behalf of persons who sold the securities of Quantum BioPharma Limited, and that are subsequently filed in, or transferred to, this District shall be consolidated into this Action.  The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this Action.

3.　　Every pleading in this Action, and any related action that is consolidated with this Action, shall hereafter bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re QUANTUM BIOPHARMA LIMITED SECURITIES LITIGATION | Case No. 1:25-cv-10565<br>The Honorable Edgardo Ramos<br>CLASS ACTION |
| --- | --- |

4.　　Counsel in any related action that is consolidated with this Action shall be bound by the organization of plaintiffs' counsel as set forth herein.

5.　　Quantum is hereby APPOINTED as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B); and

6.　　Quantum's selection of FNF and G&E as co-Lead Counsel is hereby APPROVED, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities

and duties on behalf of Lead Plaintiff and the putative Class: the preparation and filing of all pleadings; the briefing and argument of all motions; the conducting of all discovery proceedings including depositions; the selection of counsel to act as spokesperson at all pretrial conferences; settlement negotiations; the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and the supervision of all other matters concerning the prosecution or resolution of the Action.

**IT IS SO ORDERED.**

Dated: February 23, 2026

_____

THE HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE