**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| PAUL J. DURKACZ, individually and on behalf of all others similarly situated, <br><br>      Plaintiff, <br><br>      v. <br><br> CIBC WORLD MARKETS, INC., CIBC WORLD MARKETS CORP., THE CANADIAN IMPERIAL BANK OF COMMERCE, RBC DOMINION SECURITIES INC., RBC CAPITAL MARKETS, LLC, and ROYAL BANK OF CANADA, <br><br>      Defendants. |

Case No. 1:25-cv-10565-ER

**ORAL ARGUMENT**
**REQUESTED**

**DECLARATION OF KEVIN P. BROUGHEL IN SUPPORT OF DEFENDANTS'**
**MEMORANDUM OF LAW IN OPPOSITION TO QUANTUM BIOPHARMA**
**LIMITED'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS AND**
**APPOINTMENT AS LEAD PLAINTIFF**

I, KEVIN P. BROUGHEL, hereby declare pursuant to 28 U.S.C. § 1746(2) as follows:

1.  I am a member of the Bar of the State of New York and a partner of the law firm Katten Muchin Rosenman LLP, counsel for Defendants CIBC World Markets Inc., CIBC World Markets Corp., and The Canadian Imperial Bank of Commerce (collectively "CIBC") in the above-captioned action. I also am a member of the Bar of this Court.

2.  I make this declaration to place before the Court documents that are publicly available or otherwise contain facts of which judicial notice may be taken, and which are referenced in Defendants' Memorandum of Law in Opposition to Quantum BioPharma Limited's Motion for Consolidation of Related Actions and Appointment as Lead Plaintiff.

3.  Attached as **Exhibit A** is a true and correct copy of Quantum BioPharma Limited's Press Release titled "World Renowned Law Firm Grant & Eisenhofer Files Class Action

Lawsuit Against Canadian Banks CIBC and RBC Alleging Illegal Stock Market Manipulation of Quantum BioPharma Shares" dated December 19, 2025.

    4.    Attached as **Exhibit B** is a true and correct copy of a post on the social media platform X made by Quantum BioPharma on January 13, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 9, 2026
New York, New York

/s/ *Kevin P. Broughel*
Kevin P. Broughel