# EXHIBIT B

Case 1:25-cv-10565-ER   Document 38-2   Filed 03/09/26   Page 2 of 2



# Post

**Quantum BioPharma** ✔
@QuantumBP

Alleged stock spoofing takes center stage as Quantum BioPharma Co-Founder Anthony Durkacz speaks with @Investornewscom host Tracy Hughes

David vs 13 Goliaths.' Anthony Durkacz explains why Quantum BioPharma ($QNTM) launched a $700M class action over alleged stock spoofing by major banks, saying everyday investors were harmed, market integrity was undermined, and that while fighting manipulation, the company continues advancing Lucid-MS toward Phase 2 to help MS patients

youtu.be/fk_R0cpg7aY?si...

$QNTM #Nasdaq



youtube.com
Spoofing Allegations Against Banks Take Center Stage in ...
From the outset of his conversation with InvestorNews.com host Tracy Hughes, Anthony Durkacz pulled no punches: ...

10:16 AM · Jan 13, 2026 · **601** Views

💬        ⟲ 2        ♡ 10        🔖        ⬆

Post your reply                                                Reply

🔍 Search

### Relevant people

**Quantum BioPharma** ✔                    Follow
@QuantumBP
Innovating in Neurodegenerative Disease & Alcohol Health. Creators of unbuzzd™ & Lucid-MS. Strong Execution. Diversified Treasury. NASDAQ symbol $QNTM

### What's happening

Politics · Trending                                          ···
**Kristi Noem**
Trending with  Mullin, Corey

Politics · Trending                                          ···
**Fired**

Trending in United States                                    ···
**Promoted**

Sports · Trending                                            ···
**DJ Moore**
Trending with  Bears, Josh Allen

**Show more**

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···   © 2026 X Corp.

