Grant & Eisenhofer P.A.

485 Lexington Avenue, 29th Floor, New York, NY 10017 tel: 646.722.8500 fax: 646.722.8501

123 Justison Street
7th Floor
Wilmington, DE 19801
tel: 302.622.7000
fax: 302.622.7100

30 N. LaSalle Street
Suite 2350
Chicago, IL 60602
tel: 312.610.5350
fax: 312.214.0001

2325 Third Street
Suite 329
San Francisco, CA 94107
tel: 415.229.9720
fax: 415.789.4367

3600 Clipper Mill Road
Suite 240
Baltimore, MD 21211
tel: 410.204.1045

5 Christy Drive
Brandywine Two, Suite 200
Chadds Ford, PA 19317
tel: 610.228.7700

www.gelaw.com

Abe Alexander
Principal
+1 (917) 621-3649
aalexander@gelaw.com

October 13, 2026

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Durkacz v. CIBC World Mkts., Inc. et al.*, No. 1:25-cv-10565 (ER) (HJR)

Dear Judge Ramos:

We represent Lead Plaintiff Paul J. Durkacz ("Lead Plaintiff") in the above-captioned action, and write pursuant to the Court's January 21, 2026 scheduling order (ECF No. 30) requiring the parties to submit a proposed schedule for Defendants to move or otherwise respond to the Complaint. Notwithstanding the Court's March 30, 2026 order denying Defendants'[1] motion to dismiss the "near-identical" federal securities fraud claims and allegations in the now-consolidated Quantum Action, Defendants have informed Lead Plaintiff that they intend to file a *renewed* motion to dismiss the Complaint in this case – effectively, an untimely motion for reconsideration.

Throughout the parties' conferences, Defendants have been unable to identify any grounds for their renewed motion that were not already thoroughly considered and adjudicated by the Court's March 30, 2026 order. This is unsurprising, as Defendants' prior motion argued that Quantum had failed to adequately allege *every single* element of its manipulation claims. *See ECF* No. 46. The Court rejected each of these arguments, specifically finding that the Complaint adequately alleged manipulative conduct, scienter, and loss causation.[2] Defendants' forthcoming

[1] "Defendants" refers to CIBC World Markets, Inc., CIBC World Markets Corp., RBC Dominion Securities, Inc., RBC Capital Markets, LLC, the Canadian Imperial Bank of Commerce, and the Royal Bank of Canada.

[2] While, during the parties' exchanges, Defendants made a vague reference to "loss causation" as a basis for their renewed motion, this Court has already held that allegations that Quantum stock was sold "within the day after any the example of spoofing cycles it provided" sufficiently alleged loss causation. ECF No. 46 at 37. Here, Durkacz alleges multiple sales of Quantum stock on the same day as Defendants' alleged spoofing cycles. *See, e.g.*, ECF No. 1 at ¶113. Accordingly, the class complaint presents no genuinely novel or unresolved loss causation issue.

motion does not seek the resolution of any genuine legal issue, but is instead a transparent attempt to further delay discovery in both of the long-pending consolidated cases.

Accordingly, Lead Plaintiff respectfully requests that the Court enter the following schedule for Defendants' forthcoming motion to dismiss:

- Defendants to file their renewed motion to dismiss by **November 2, 2026**;
- Plaintiff to file its opposition to Defendants' renewed motion to dismiss by **November 16, 2026**;
- Defendants to file their reply in support of their renewed motion to dismiss by **November 23, 2026**.

Plaintiff submits that this schedule is appropriate in light of: (1) Defendants' inability to identify any genuine grounds for their renewed motion to dismiss not adjudicated by the Court's March 30, 2026 order; (2) the fact that Defendants were served the *Durkacz* complaint more than ***ten months*** ago, were served the *Quantum* complaint nearly ***two years*** ago, and have now had ample time to review and evaluate the allegations and claims asserted therein; and (3) discovery has already been substantially delayed in both cases and should now proceed expeditiously.

Finally, Plaintiff also respectfully requests that the Court order Defendants to refrain from wasteful, duplicative briefing that seeks to relitigate issues already settled in the Court's March 30, 2026 order.

Respectfully submitted,

*/s/ Abe Alexander*
Abe Alexander

cc: All Counsel of Record via ECF