**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL J. DURKACZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CIBC WORLD MARKETS, INC., CIBC WORLD MARKETS CORP., THE CANADIAN IMPERIAL BANK OF COMMERCE, RBC DOMINION SECURITIES INC., RBC CAPITAL MARKETS, LLC, and ROYAL BANK OF CANADA,<br><br>Defendants. | Case No. 1:25-cv-10565 (ER) |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF PAUL J. DURKACZ'S CLASS COMPLAINT**

Pursuant to Rule 1(F) of the Individual Practices of Judge Edgardo Ramos and this Court's Minute Entry dated October 28, 2026, Plaintiff Paul J. Durkacz's ("Plaintiff") and Defendants CIBC World Markets, Inc., CIBC World Markets Corp., and Canadian Imperial Bank of Commerce (together, "CIBC"), and Defendants RBC Dominion Securities Inc., RBC Capital Markets, LLC, and Royal Bank of Canada (together, "RBC," and with CIBC, "Defendants") hereby stipulate and agree as follows:

**WHEREAS**, on December 29, 2025, Plaintiff filed his Class Complaint in the above-captioned action (Dkt. 1);

**WHEREAS**, on September 30, 2026, the Court consolidated this action with *Quantum BioPharma Ltd. v. CIBC World Markets Inc. et al.*, No. 1:24-cv-07972 (ER) (Dkt. 44);

**WHEREAS**, on October 28, 2026, the Court ordered the Parties to meet and confer and submit a briefing schedule for Defendants to move to dismiss Plaintiff's Class Complaint;

**WHEREAS**, the Parties have met and conferred and agree on the proposed deadlines set forth below;

**THEREFORE**, it is hereby stipulated and agreed by and between the undersigned counsel for the Parties, and the Parties respectfully request that this Court enter the following schedule:

1. Defendants will file any Motion to Dismiss Plaintiff's Class Complaint on or before November 16, 2026.

2. Plaintiff will file any Opposition to Defendants' Motion to Dismiss Plaintiff's Class Complaint on or before December 16, 2026.

3. Defendants will file any Reply in Support of their Motion to Dismiss Plaintiff's Class Complaint on or before January 6, 2027.

4. All other deadlines in the above-captioned action are stayed during the pendency of the Motion to Dismiss.

**IT IS SO STIPULATED AND ORDERED.**

Dated: ________________, 2026
New York, New York

______________________________
HON. EDGARDO RAMOS
United States District Judge

Dated: October 29, 2026

*/s/ Abraham Alexander*

Abraham Alexander
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
aalexander@gelaw.com

*Counsel for Lead Plaintiff Paul J. Durkacz and Lead Counsel for the Class*

*/s/ Kevin P. Broughel*

Kevin P. Broughel
Brian L. Muldrew
Zoe Lo
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
brian.muldrew@katten.com
kevin.broughel@katten.com
zoe.lo@katten.com

Charles A. DeVore (admitted *pro hac vice*)
Benjamin C. Levine (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Counsel for CIBC World Markets, Inc., CIBC World Markets Corp., and the Canadian Imperial Bank of Commerce*

*/s/ Alexander J. Willscher*

Alexander J. Willscher
Matthew J. Porpora
Jonathan S. Carter
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
willschera@sullcrom.com
porporam@sullcrom.com
carterjo@sullcrom.com

David N. Whalen (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
whalend@sullcrom.com

*Counsel for RBC Dominion Securities Inc., RBC Capital Markets, LLC, and Royal Bank of Canada*